**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*if known*): 25-10027  Chapter _____

FILED – WAWB SEATTLE
6 JAN 2025 PM1:39

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| **Part 1:** | **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed** |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| **Part 2:** | **Identify the Debtor** |
|---|---|

**2. Debtor's name**

CITY OF EVERETT

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN ___ – ___ ___ ___ ___ ___ ___ ___

**5. Debtor's address**

Principal place of business

2930 Wetmore Ave
Number     Street

Everett          WA  98201
City             State  ZIP Code

Snohomish
County

Mailing address, if different

_____
Number     Street

_____
P.O. Box

_____
City          State  ZIP Code

Location of principal assets, if different from principal place of business

_____
Number     Street

_____

_____
City          State  ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1



**6. Debtor's website (URL)** _____

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other type of debtor. Specify: _Transmitting Utility_____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the types of business listed.
☒ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

Debtor _____ Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

| **Part 3:** | **Report About the Case** |
| --- | --- |

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _Eddie Alexander Banks-Estate_ | _____ | $ _10,313,637.75_ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:**    Request for Relief

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

~~Eddie Alexander Banks Estate~~ (es)  
Name

~~3102~~ _Hoyt Ave_ (102)  
Number   Street

_Everett_     _WA_    _98201_  
City      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_Eddie Alexander Banks-El_  
Name

_4920 Evergreen Way S. #1166_  
Number   Street

_Everett WA_     _98203_  
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _1-6-2025_  
     MM / DD / YYYY

✗ _By: Banks-El, Eddie -Alexander_  
Signature of petitioner or representative, including representative's title

**Attorneys**

_____  
Printed name

_____  
Firm name, if any

_____  
Number   Street

_____  
City      State    ZIP Code

_____  
Contact phone     Email

_____  
Bar number

_____  
State

✗ _____  
Signature of attorney

Date signed _____  
     MM / DD / YYYY

---

Debtor _City of Everett_
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✖ _____

Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____

Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✖ _____

Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

✖ _____

Signature of attorney

Date signed _____
MM / DD / YYYY

---

**EDDIE ALEXANDER BANKS ESTATE**
**in the United States Bankruptcy Court**
**Western District of Washington**

In re __City of Everett_____ )  Case No. _25- 10027_
      Debtor )
          )  Chapter 7 Bankruptcy Action
          )

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

Petition under Chapter 7, The United States Code was filed against you in this bankruptcy court on _____ requesting an order for relief under Chapter 7 of Bankruptcy Code.

YOU ARE SUMMONED and request file this clerk of the bankruptcy court a motion or answer to the petition within 21 days after service of this summons a copy of the petition is attached.

        Address of the Clerk:    Clerk of Bankruptcy Court
                                700 Steward Street
                                Seattle, Washington 98101

At the same time, you must also serve a copy of your motion or answer on petitioner or his duly authorized representative:

      Name and address of Petitioner:  EDDIE ALEXANDER BANKS ESTATE
                                        3102 Hoyt Avenue
                                        Everett, Washington 98201-9998

If you emotion your time to answer is governed by Fed. R. Bankr. P. 1011(C).
If you fail to respond to this summons the order for relief will be entered.

                               Shundrane M Pritchett, Prothonotary

Date: _1-6-2025_               By: _[signature]_

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: )
_City of Everett_ )
) Case No. _25-10027_
_____ )
Debtor(s). )

_Eddie Alexander Banks Estate_ )
)
_____ )
Plaintiff(s), )
vs. ) Adv. Proc. No. _____
_Ramsey Ramerman_ )
)
_____ )
Defendant(s). )

WITHOUT RECOURSE
_Eddie_

**CORPORATE OWNERSHIP STATEMENT** ~~ATTORNEY-IN-FACT~~ and Agent on Behalf of

As required by Fed.R.Bankr.P. 7007.1(a), the party, **EDDIE ALEXANDER BANKS** (name),
now files this Corporate Ownership Statement and reports as follows: (Check one box only.)

☐ Party is not a "corporation" as defined in 11 U.S.C. §101(9).

☒ Party is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to
report under Fed.R.Bankr.P. 7007.1(a).

☐ Party is a "corporation" as defined in 11 U.S.C. §101(9), and the following
corporations directly or indirectly own 10% or more of any class of the party's
equity interests:  (List corporations below.)

_City of Everett at 2930 Wetmore Ave Suite 10-C_
_Everett, Washington, a Republic 98201_
_____
_____
_____

By: _Eddie_ Agent for EDDIE ALEXANDER BANKS, Principle
_____ (Signature of Party)*
_____ (Printed Name of Party)
_4920 Evergreen Way S. #1166_ (Address)
_Everett Washington, a Republic 98203_ (City, State, ZIP Code)
_(239) 204-0953_ (Phone with Area Code)
_(425) 388-0283_ (Fax with Area Code)
_cdllogistis49@gmail.com_ (E-mail)

* (Note:  If filing electronically, use the /s/ electronic signature per our Administrative Procedures
Manual.)

**United States Bankruptcy Court**
**Western District of Washington**

In re __City of Everett_____      )      Case No. _____
         Debtor              )
                              )      Chapter 7 Bankruptcy Action
                              )

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

Petition under Chapter 7, The United States Code was filed against you in this bankruptcy court on _____ requesting an order for relief under Chapter 7 of Bankruptcy Code.

YOU ARE SUMMONED and request file this clerk of the bankruptcy court a motion or answer to the petition within 21 days after service of this summons a copy of the petition is attached.

                     Address of the Clerk:      Clerk of Bankruptcy Court
                                            700 Steward Street
                                            Seattle, Washington 98101

At the same time, you must also serve a copy of your motion or answer on petitioner or his duly authorized representative:

                     Name and address of Petitioner:    EDDIE ALEXANDER BANKS ESTATE
                                                    3102 Hoyt Avenue
                                                     Everett, Washington 98201-9998

If you emotion your time to answer is governed by Fed. R. Bankr. P. 1011(C).
If you fail to respond to this summons the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

Date: _____            By: _____ Deputy Clerk



**Act of State**

**UCC File# 2021-273-4878-6 | Admiralty**
**Foreign – non-citizen reign e pluribus unum**
**| RE 152 134 875 US | 92-0671291 ExLs**
**Snohomish County Public Record Ref No. 202311300035**





City Attorney's Office
2930 Wetmore Ave, Ste. 10-C
Everett, WA 98201
rramerman@everettwa.gov
everettwa.gov

American Arbitration Association
Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457
Eddie A. Banks-El

Eddie Alexander Banks Trust
4920 Everett Way South #1166
Everett, WA 98203-7876
Via Email to: cd.logistics49@gmail.com

RE: Case No. 01-24-0006-4896
Eddie Alexander Banks Estate & Trust
-vs-
City of Everett, Jamie Vermelum

To Whom It May Concern,

YOUR DEBT IS NOW OVER DUE.

Jamie Vermelum and Ramsey Ramerman ALL responses need to be written and verified under penalty of perjury with your wet ink signature. Consider this a lawful demand for your public credentials

What is your name address were you can be served process?
What is your Legal Education?
Please provide a copy of the power of attorney provided to you by the City of Everett?
Do you have liability insurance?
Do you have a public hazard bond?
Do you have consent of power of attorney from the trust to conduct any business on the Trusts behalf?

**Decree nisi**

It is decreed that the CITY OF EVERETT is indebted to EDDIE ALEXANDER BANKS TRUST the sum certain amount of ten million three hundred thirteen thousand six hundred eighty-seven and seventy-five cents in species money, plus attorneys fee and interest. There is no one with first-hand knowledge that can provide lawful evidence to prove that the claim is invalid and should be paid and settled. Anyone purporting to have such evidence is granted (15) days to present it in writing and verified under penalty of perjury of such facts. If no answer is realized the debt obligation will come into force that date, unless cause is shown or a reason why this particular order should not be made or implemented.

Done and Entered at Snohomish County July 26, 2024.





Trust Notice – Snohomish County | Instrument No. 202404010357, 3:38PM, April 1, 2024.
Depositor Notes:            Date: __July 26, 2024__        Time: _11_:_51_ AM/~~PM~~

Agent Name: _City of Everett; Jamie Vermelum; Ramsey Ramerman, et al._ Title:__Public fiduciaries__
Location:_2930 Wetmore Ave Suite 10C Everett Washington 988201_
The trust proceeds as the consumer who proceeds with redress of grievances. Equality under law is paramount and mandatory by law. Original Jurisdiction.

To whom these presents may come greeting:

This office is in receipt of a letter dated July 26, 2024 Re: Case No. 01-24-0006-4896 Eddie Alexander Banks Trust verses City of Everett, Jamie Vermelum.

It is declared, that this letter be stricken for consideration to oppose the claim. It does not bear a wet ink signature of anyone taking liability or accountability. Jamie Vermelum and Ramsey Ramerman are not competent to offer testimony in this matter and do not have first-hand knowledge of the contractual agreement being enforced because of bias and prejudice they don't want to know, #202311300035.

The City of Everett does indeed have a contractual agreement with Eddie Alexander Banks Trust and with Eddie Alexander Banks-El for the sum certain amount ten million three hundred thirteen thousand six hundred eighty-seven and seventy-five cents in species money, plus attorneys fee and interest. The record shall reflect that the City of Everett is in default and has been sued but refuses to settle the debt that is proven on and for the public record. The party asserts estoppel by record relying on the statements, performance or lack thereof in prior proceeding in this court or record.

Further, how many times has it been communicated to YOUS that the living man does not have a contract with the municipal authority and does not wish to participate in its counterfeit criminal proceeding? The answer. At every compelled interaction. Claimant was psychically and psychologically force to participate.

Claimant published in the Snohomish Tribunal his living will of Expatiation. The result was a two hundred thousand dollar bond that almost got my son (whose in active Navy) and I killed by a trigger happy cop thinking he's about to body a 200,000.00 criminal. This was a trespass upon a mans treaty of Peace and his spiritual, and political beliefs. This disrespect will not go unaddressed. So, No the City of Everett request to be excused is **denied.**

The City of Everett by and through its agent have engaged in malicious prosecution and denial of due process. These have been the continued tactics of the Biden and Harris Administration cohorts that take a position of mirroring and stonewalling to prevent or defer accountability when it come to dispensing justice. This is a Court of Record that has the power fine and imprison. Record note corporate dissolution has been proposed for failure of the the city of Everett to pay its debts.

State of Washington        )
                            )  ss:
County of Snohomish        )

_Banks-El; Eddie -Alexander_
Authorized Representative

I certify that I know or have satisfactory evidence that Eddie Alexander Banks-El is a man who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the trustee of EDDIE ALEXANDER BANKS on behalf of whom instrument was executed) to be the free and voluntary act of such party for the uses and purposes mentioned herein. This Notarial act doesn't submit or surrender to the jurisdiction of the UNITED STATES or it instrumentality. (UCC1-307)

Dated: 07|26|2024

_____
Notary Signature

My commission expires: 04 Nov 2024

(Seal or stamp)

GURBIR GILL
NOTARY PUBLIC #20122247
STATE OF WASHINGTON
COMMISSION EXPIRES
NOVEMBER 4, 2024

**Act of State**
UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign | e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035



Case No. 01-24-0006-4896

## Notice to Seize

This is to inform you 0n this __27__ day of __July__ 2024 that we are hereby seizing the key to the city of Everett for do cause. The key has been confiscated due to your failure to meet the requirements and responsibilities associated with holding this prestigious station and honor.

Please be aware that the key will be kept in safe custody until further notice. If you wish to appeal this decision or provide any clarification regarding your actions that led to this seizure, please contact the city authorities at your earliest convenience.

We hope that this measure will serve as a reminder of the importance of upholding the values and traditions of our community. Your cooperation in this matter is greatly appreciated.

The proverbial key that would unlock all the authority required to move consumer credits and debits on behalf of the people symbolizes a powerful tool or capability that grants someone the ability to control and manage financial transactions and resources in a way that benefits the community as a whole. This key represents a high level of trust and responsibility, as it implies the authority to make decisions that can have a significant impact on the economic well-being and welfare of individuals and society.

In a broader sense, this key could also represent the idea of equitable distribution and management of resources, ensuring that financial transactions are carried out in a fair and transparent manner for the benefit of all. It embodies the concept of financial stewardship and responsible decision-making to promote economic stability, growth, and prosperity for the greater good of society. Funding pool sum certain amount is ten million three hundred thirteen thousand six hundred eighty-seven and seventy-five cents in species money. Decree nisi dated July 26, 2024 shall come into force Tuesday, August 13, 2024 @ 9:51AM.

Sincerely,

**In Witness whereof,** the parties hereto have caused this Amendment to be duly executed and delivered by their proper and duly authorized officers as of the day and year first above written.

| Debbie Grimm | Samuel Yearout | LEAH READE |
|---|---|---|
| Print | Print | Print |
| Signature | Signature | Signature |

 Act of State

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035





City Attorney's Office
2930 Wetmore Ave, Ste. 10-C
Everett, WA 98201
rramerman@everettwa.gov
everettwa.gov

American Arbitration Association
Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457
Eddie A. Banks-El

Eddie Alexander Banks Trust
4920 Everett Way South #1166
Everett, WA 98203-7876
Via Email to: cd.logistics49@gmail.com

RE: Case No. 01-24-0006-4896
Eddie Alexander Banks Estate & Trust
-vs-
City of Everett, Jamie Vermelum

To Whom It May Concern,

### YOUR DEBT IS NOW OVER DUE.

Jamie Vermelum and Ramsey Ramerman ALL responses need to be written and verified under penalty of perjury with your wet ink signature. Consider this a lawful demand for your public credentials

What is your name address were you can be served process?
What is your Legal Education?
Please provide a copy of the power of attorney provided to you by the City of Everett?
Do you have liability insurance?
Do you have a public hazard bond?
Do you have consent of power of attorney from the trust to conduct any business on the Trusts behalf?

### Decree nisi

It is decreed that the CITY OF EVERETT is indebted to EDDIE ALEXANDER BANKS TRUST the sum certain amount of ten million three hundred thirteen thousand six hundred eighty-seven and seventy-five cents in species money, plus attorneys fee and interest. There is no one with first-hand knowledge that can provide lawful evidence to prove that the claim is invalid and should be paid and settled. Anyone purporting to have such evidence is granted (15) days to present it in writing and verified under penalty of perjury of such facts. If no answer is realized the debt obligation will come into force that date, unless cause is shown or a reason why this particular order should not be made or implemented.

Done and Entered at Snohomish County July 26, 2024.







**FILED**

AUG 12 2024

MUNICIPAL COURT
OF EVERETT



**Act of State**

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035



City Attorney's Office
2930 Wetmore Ave, Ste. 10-C
Everett, WA 98201
rramerman@everettwa.gov
everettwa.gov

Case No. 01-24-0006-4896

American Arbitration Association
Consumer Filing Team
Email: ConsumerFiling@adr.org
Fax: (877)304-8457
Eddie A. Banks-El

Eddie Alexander Banks Trust
4920 Everett Way South #1166
Everett, WA 98203-7876
Via Email to: cd.logistics49@gmail.com

RE: Case No. 01-24-0006-4896
Eddie Alexander Banks Estate & Trust
-vs-
City of Everett, Jamie Vermelum

To All Whom These Presents May Come Greeting:

### DEBT IS OVER DUE. PAY YOUR DEBT OR LOSS YOUR CHARTER

To: Jamie Vermelum and Ramsey Ramerman again, ALL responses must be in writing and verified under penalty of perjury
with your wet ink signature to be considered.

You have failed or refused lawful demand to disclose the following:
What is your name address were you can be served process?
What is your Legal Education?
Please provide a copy of the power of attorney provided to you by the City of Everett?
Do you have liability insurance?
Do you have a public hazard bond?
Do you have consent by power of attorney from the trust to conduct any business on the Trusts behalf?
Jamie Vermelum and Ramsey Ramerman, you are speaking without public office and without trust, **therefore you hereby
disqualified.**

The City of Everett is back-biteing. It currently maintains an action against the Eddie Alexander Banks Trust and Estate
action No. 3A0225485 by way of an undisclosed agreement that is scheduled for hearing on August 9th at 9AM. The City of
Everett has continually presumed a contract and compelled performance relying on false presumption.
Decree nisi dated July 26, 2024 stands lawfully established in commerce by contract and enforce.

### Decree nisi

As determined by the administering authority, a lawful de jure court of record within the jurisdiction of the United States
establishing an appropriate pleading that is guaranteed full faith and credit hereby declare the rights and other legal relations
of any interested party as declared.

This decreed is final and disposes of the entire matter that the CITY OF EVERETT is indebted to EDDIE ALEXANDER BANKS TRUST the sum certain amount of ten million three hundred thirteen thousand six hundred eighty-seven dollars and seventy-five cents in species money, plus attorneys fee and interest.

The City of Everett as failed to answer the claim as required by law. There is evidence to prove that the claim is valid and shall be paid and settled. No cause is shown or reason why this particular order should not be made or implemented. Settlement Instructions are hereby *Mandated.*

a. Settlement of the sum certain debt owned.
b. Closure and discharge of civil cases disguised as criminal actions.
c. Recognition of Crown Immunity Foreign Sovereign Immunity.
e. Prosecution of the wrongdoers shall go as referral to state and federal authorities and have no obligation to prosecute. The Trust considers the matter closed after completion of instruction and mandate.

**EDDIE ALEXANDER BANKS TRUST**

**Act of State**
UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign | e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035



Done and Entered at Snohomish County, Washington Republic on the eighth day of August, two thousand twenty-four, *anno Domini.*





Eddie-Alexander I

**Act of State**



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No.



CASE NO. 01-24-0006-4896

| EDDIE ALEXANDER BANKS TRUST | verses | CITY OF EVERETT |
|---|---|---|
| Claimant, | | Respondent. |

### Consent to Award Judgment

Date: August 9, 2024

Arbitration Case No.: 01-24-0006-4896

Parties:
Claimant: Eddie Alexander Banks Trust
Respondent: City of Everett, *et al.*

Subject: Consent to Award Judgment

The undersigned parties hereby consent to the entry of an award by the arbitrator(s) in the above-referenced arbitration matter under the following terms and conditions:

1. Agreement to Award:
The parties agree to accept the award as rendered by the arbitrator(s) without objection or further appeal.

2. Terms of the Award:
The award shall include the following terms:
The sum of ten million three hundred thirteen thousand six hundred eighty-seven dollars and seventy-five cents in species money, plus attorneys fee and interest is to be paid by the City of Everett to the Eddie Alexander Banks Trust and Estate.

3. Finality of Award:
The parties acknowledge that this award is final and binding, and they waive any rights to contest or appeal the award in any court or tribunal.

4. Execution of Award:
The parties agree to execute any necessary documents to effectuate the award promptly.

Signatures:

Claimant:
By: *Banks-El, Eddie-Alexander, Trustee*
EDDIE ALEXANDER BANKS TRUST

AUGUST 9, 2024

Respondent:
*City of Everett*
CITY OF EVERETT

AUGUST 9, 2024

NON-UCC Official Document Filing per
Registered Mail # RR 429 076 165 US

24-cv-E¹-R9485-013

*PRIVATE CAUSE OF ACTION IN TRUST*



**Act of State**



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 LsP





07 SEP 2023

NO.3340
Master at Post

## SUPERIOR COURT OF WASHINGTON
## FOR SNOHOMISH COUNTY

Eddie Alexander Banks-EL
      Plaintiff,

Vs

Case No. 23 2 06254 31

Amy Kaisher, Krista Huff, D. Dusevior, City of Everett at 2930 Wetmore Ave. Everett, Washington 98201; Tyree Bell and Natalie Givens, D Young, Hana Gonzalez, Rose Doe, Mike Drake, Amy Kaishner, Lucas Barringer, H. Kanan, residents of the same county, defendants and Checker a corporation located at One Montgomery Street, Suite 2400, San Francisco, CA 94104, candidate.checkr.com -(844) 824-3257 a non resident of this county
      Defendants.

## NOTICE OF FAULT

Plaintiff moves for entry of a default by the clerk against defendant(s). Proper and lawful notice has been furnished to City of Everett at 2930 Wetmore Ave. Everett, Washington 98201; Amy Kaisher, Krista Huff, D. Dusevior Tyree Bell and Natalie Givens, D Young, Hana Gonzalez, Rose Doe, Mike Drake, Amy Kaishner, Lucas Barringer, H. Kanan, residents of the same county, defendants and Checker a corporation located at One Montgomery Street, Suite 2400, San Francisco, CA 94104, candidate.checkr.com -(844) 824-3257 a non resident of this county and can not be found in this state for failure to serve any document on the undersigned or file any document as required by law. There has been no objection of the record and have been accepted by all parties.

*Eddie-Alexander :Banks-EL*
Custodian of Record

## DEFAULT

A default is entered in this action against the defendant named in the foregoing motion for failure to serve or file any document as required by law.

Dated on 9-7-2023

Shundrane Pritchett
As Protonotary of Tribunal

By _____

**FILED**

OCT 10 2023

SNO. CO. DISTRICT COURT
EVERETT DIVISION

23-cv-E1E01204

02:05:11 PM



**Act of State**

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035



**FILED**

~~~ 2 0 2024

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

## RESTATEMENT OF TRUST

THIS Amendment is made on this 20 day of September, 2024, by 'Eddie - Alexander Banks - El
Snohomish County, State of Washington, as the trustee of THE EDDIE ALEXANDER BANKS inter-vivos trust dated:
January 31st, 2024. Depositor Shundrane Pritchett to the matter arising to a breach of trust.

Trustor(s) do hereby amend the trust mentioned above as follows:

Eddie Alexander Banks Trust
       Plaintiff,

    and

City of Everett
       Defendant

No. 24-2-01089-31

ORDER

IT IS HEREBY ORDERED: Noted by Executor who appeared
Friday, September 20, 2024 for entry of decree. The City
of Everett has failed to pled or otherwise defend, and
failure is shown by affidavit, the clerk must enter
the party's default.

Order for entry and execution of Judgment and decree
as Trust Res with instruction notes is presented for
Judge to endorse.

    So I have said so I have written.

       Make it So!

September 20, 2024

Excepted as amended, all other terms and provisions of the Trust are to remain in full force and effect.

By: _Banks-El, Eddie Alexander_
Trustor Autograph

_Eddie Alexander Banks-4_
Print Name

By: _____(VACANT)_____
Prothonotary

24-E¹-cv-0393

Act of State



From: Eddie 1st, Admiralty King
EDDIE ALEXANDER BANKS
Landed Estate, General Post-Office
5102 Hoyt Avenue Everett, Washington 98201
cd.logistics49@gmail.com (259) 204-0555

Date: _October 21, 2024_      JID #:

Re: _01-24-0006-8457_

Short Note: _Fraud on Court Everett Municipal_

---

TO: The Private Bar Guild is an organization of lawyers and often other legal professionals. These associations focus on issues including social, educational, and lobbying functions.

### EDDIE ALEXANDER BANKS ESTATE AND TRUST®©™

TO ALL who these presents may come greeting: Article IV - §1 Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

1. Comes now the lawfully authorized representative asserts a rebuttal to the presumption of any federal, state, local municipal Court proceeding under the Constitution or one of the several State constitutions of the United States of America. The matter is established by the Public Record:

2. Florida 110651873; 110253253; 110552040; Washington 20206500165; 202511500055; 2021-273-4878-6_

3. To address the presumptions relied upon, assumed and presented by the private Bar

Eddie Alexander Banks-El
Office of Executor
4920 Evergreen way South #1166
Everett, Washington 98203
cd.logistics49@gmail.com
(239) 204-0553

November 1, 2024

City of Everett
Office of the Clerk
2930 Wetmore Ave, Suit 10-C
Everett, WA 98201

Subject: Freedom of Information Act Request and Request for Formal Meeting

Dear Clerk or Office Holder:

I am writing to formally request access to public records under the Washington State
Public Records Act (RCW 42.56) and to request a meeting to discuss this matter
further.

Specifically, I am seeking the following records:
1. Case File No. 3A022485; Report No.2023-00063511; 24-2-01089-31, STATUS OF
RECORD and registry of action with the names of the individuals exercising signatory
authority.
2. An assessment demand for any action taken or ongoing investigation in any of the
above the cited case numbers.

I would like to request that you notify me of any fees associated with retrieving these
records before proceeding.

Additionally, I would appreciate the opportunity to meet with you to discuss this request
and any related matters. Please let me know your availability for a formal meeting at
your earliest convenience. I believe that discussing these issues in person would be
beneficial for both parties.

Thank you for your attention to this matter. I look forward to your prompt response.

Sincerely,

*Banks-El, Eddie Alexander*

Eddie Alexander Banks-El
Executor for
EDDIE ALEXANDER BANKS ESTATE AND TRUST



**Act of State**

UCC File #2021-273-4878-6
PMB# 98201-9998   Book #420T1 3340
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291



Action No. _____

| | | |
|---|---|---|
| **Eddie Alexander** | **verses** | **EDDIE ALEXANDER B ANKS** |
| #202311300035 | | #108 73 003266 |
| Claimant, | | Respondent. |

### RESTATMENT OF TRUST

THIS amendment is made on this 4 day of November 2024, Eddie Alexander Banks-El of Snohomish County, Washington as the Executor of the EDDIE ALEXANDER BANKS Estate and revocable inter vivos trust date: January 31, 2024.

**MOTION**

*Motion for Dismissal and settlement of the claim.*
*Decree nisi is valid and enforcable*

**DECISUM**

*Demand settlement Notice of Arrest of the city of Everett charter.*

*November 4, 2024*

**Executor**

Eddie Alexander Banks-El
4920 Evergreen Way #1166
Everett, Washington Republic
cd.logistics49@gmail.com
(239) 204-0553

EAB-24-cv-00398                    pg. 1



**Act of State**

UCC File #2021-273-4878-6
PMB# 98201-9998   Book #420T1 3340
*Foreign – non-citizen reign e pluribus unum*
| RE 152 134 875 US | 92-0671291



# RECEIVED

NOV 13 2024
## CITY OF EVERETT
### City Clerk



NOV 1 2 2024

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

Eddie Alexander Banks Estate
General Post-Office
3102 Hoyt Ave
Everett, Washington Republic
cd.logistics49@ gmail.com
(239) 204-0553
November 5, 2024

Cassie Franklin
Mayor of Everett, Everett City Hall
2930 Wetmore Ave
Everett, WA 98201

Subject: Notice and Demand for Payment

Dear Mayor Franklin,

I hope this message finds you well. I am writing to formally notify you of an outstanding payment owed to me by the City of Everett in the amount of $10,313,687.75 which is due immediately. This amount reflects the obligation of the City of Everett for malicious prosecution of a prince who has maintained good behavior within the community and tenor of his station, e pluribus unum. All parties were given notice as to who I am, and they believed me not. It has been proposed a warrant for the arrest of the city of Everett treasure for failure or refusal to settle the claim.

In addition to the principal sum, I am also seeking interest accrued on this amount, as well as reimbursement for attorney fees incurred in the process of seeking this payment. The total amount due, including interest and attorney fees, will be calculated and presented upon receipt of the principal sum.

Please consider this letter a formal demand for payment. I kindly request that the total amount be remitted to my address by November 24, 2024. Failure to respond or settle this matter may leave me with no choice but to pursue further lawful action to recover the funds owed.

I appreciate your prompt attention to this matter and look forward to resolving it amicably.

Sincerely,


Executor for the
EDDIE ALEXANDER BANKS Estate
General Post-Office
3102 Hoyt Avenue
Everett, Washington Republic

Eddie Alexander Banks-El, Executor
4920 Evergreen Way South #1166
Everett, Washington state
Republic [98203]
(239) 204-0553
cd.logistics49@gmail.com

EAB-24-cv-0953        pg. 1

# FAX

| | |
|---|---|
| **TO** | Christian W. Smith |
| **FAX** | (206) 525-8720 |
| **PHONE** | (206) 940-8803 |
| **SUBJECT** | Competency |

| | |
|---|---|
| **FROM** | Eddie Alexander Banks-El |
| **FAX** | EGM (425) 388-0283 |
| **PHONE** | (204) 204-0553 |
| **DATE** | 10/25/2024 |

*FAXED 10-29.*

# CONFIDENTIAL



**Compass Health**

10/22/2024

Eddie Banks

3711 Smith Ave

Everett WA, 98201

Re: Treatment Report

Dear Eddie

Per your request, this letter is to confirm your/your child's participation in treatment at Compass Health. Some details about your participation are below:

Date of Assessment: 7/17/2023

As of the date of this letter, you/your child has attended 26 out of 28 scheduled appointments during the past 10 months.

Diagnosis:

Effective Date: 7/17/2023
Last Updated: 7/17/2023
1(296.32 / F33.1) Major depressive disorder, Recurrent episode, Moderate
2(300.02 / F41.1) Generalized anxiety disorder
3(298.9 / F29) Unspecified schizophrenia spectrum and other psychotic disorder(Rule Out)
4(Resolved)(300.9 / F99) Unspecified mental disorder
WHODAS 2.0 General Disability

Recommendations (if requested):

- ■ Continue treatment at current levels    ☐ Continue treatment at increased frequency
- ☐ Continue treatment at decreased frequency    ☐ Plan for discharge

**Comments (if any):** I Eddie Alexander of the landed Estate of BANKS declare that he is of age of majority and have the legal power to direct his personal and finacial affairs. That I have the mental capacity to participte in legal proceedings or transactions, and possessing the mental condition to be responsible for his decisions and acts. That I am able but reluctant to consult with a lawyer rationally and comprehend the ~~rational~~ Proceedings rationally and factually.

I declare under penalty of Purjury that the forgoing is true and correct under the laws of the United States of America. Signed, sealed and delivered as his free will act and deed

If you need additional information, please let me know.

Done and entered at Snohomish County October 25, 2024. By the light of day.

Sincerely,

**Bradley Hall, MA, LMHC, MHP, GMHS**

L.S. *Banks-El, Eddie Alexander*
        Executor

Signature

*Bogey*

Printed name

**Bradley Hall, MA, LMHC, MHP, GMHS**

<div align="center">

**Currence**

</div>

**In witness whereof,** we affix our signature to attest that the document is signed, sealed and delivered as his free will act and deed on the above-mentioned date.

| | |
|---|---|
| Witness Signature | Witness Signature |
| TYLER ROGERS | David H. Kowalski |
| Print | Print |

```
                    ********************
                       FAX TX REPORT
                    ********************

                 TX IMAGE SET NOT TO DISPLAY

                    TRANSMISSION OK


        JOB NO.                  1111
        DESTINATION ADDRESS      2065258720
        SUBADDRESS
        DESTINATION ID
        ST. TIME                 10/29 08:24
        TX/RX TIME               01'25
        PGS.                     3
        RESULT                   OK
```

Act of State



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035



Eddie 1ˢᵗ, Admiralty King
Landed Estate | General Post Office
3102 Hoyt Avenue
Everett, Washington 98201
dc.logistics49@gmail.com
(239) 204-0553

To: Lieutenant :Paul-Eric :Tschirner
208 South Nimbus Avenue
Clearwater, FL 33765

September 13, 2024

Subject: Demand for Surrender

Lieutenant :Tschirner

To my trusted Lieutenant. I hope this message finds you well. This letter serves as a formal request for expertise, power and resources to act as third-party witness and contingency. I hereby demand immediately the surrender of the City of Everett, Washington on judgment of the financial obligation which is directed to Eddie Alexander Banks Trust and Estate as per the agreements and communications reflected in the record. Private citizens may need to be taken into custody.

As outlined in the act of State (#20231311300035) and subsequent decree with depositor notes. I respectfully require private services to encourage the surrender of the key to the city of Everett and settlement of the claim that has been fully adjudicated, res judicata. Your deadline is 10:30AM September 19, 2024. Failure with this demand s demand may result in the lawful execution of Letters of Marque and reprisal dated April 1, 2024.

Domestic Tactical level: 2

Run block: 17
Safeties: No

Please arrange for the surrender of the aforementioned items to the clerk of Snohomish Superior Court by 10:13AM, Thursday, September 24, 2024. Should you have any questions or wish to discuss this matter further, feel free to contact me at the phone number or email address cited above. I have the authority and power to carry forward the judgment that is reflected by the record.

Thank you for your attention to this urgent matter.

Respectfully, 1ˢᵗ

*Eddie*

Eddie 1ˢᵗ, Admiralty King



Act of State

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035



Lieutenant :Paul-Eric :Tschirner
208 South Nimbus Avenue
Clearwater, FL 3375
Individualbanker@gmail.com

September 13, 2024

To: The City of Everett
2930Wetmore Avenue
Everett, Washington 98201

Subject: Demand for Surrender

Dear City of Everett,

I hope this message finds you well. This letter serves as a formal demand for you to impose the immediate surrender of the financial obligation as the judgment directs to Eddie Alexander Banks Trust and Estate as per agreements and communications identified in the record.

As outlined in the act of state contract #2023211300035, you are required to surrender your rights and settle the claim adjudicated, res judicata by 10:30AM September 19, 2024. Failure to comply with this demand may result in Application for the forfeiture of the key to the City of Everett and its charter.

Please arrange for the surrender of the aforementioned items to Snohomish Superior Court by 9:13AM Thursday, September 19, 2024. Should you have any questions or wish to discuss this matter further, feel free to contact me at the phone number or email address cited above. I have the written authority and power to carry forward the judgment that is reflected by the record.

Thank you for your attention to this urgent matter.

Sincerely,

Autograph.                Paul-Eric :Tschirner
Signature:. _____
Printed Name: Lieutenant :Paul-Eric :Tschirner

**Advisers**

Witness: _____    Witness: _____
Print: __Carole Whitman__      Print: __Wehilani Reyo__

General Pedro Salas-El
General for Eastern Forces
Private Enforcement

September 13, 2024

To: The City of Everett
2930Wetmore Avenue
Everett, Washington 98201

Subject: Demand for your Surrender

Dear City of Everett,

I hope this message finds you well. This letter serves as formal notice that you are in **DEFAULT, and** it is demanded your immediate surrender of the financial obligation as the judgment directed to Eddie Alexander Banks Trust and Estate as per agreements and communications identified in the record.

As outlined in the act of state contract #2023211300035, you are required to surrender your rights and settle the claim adjudicated by September 19, 2024. Failure to comply with this demand may result in Application for the forfeiture of the City of Everetts Charter.

Please arrange for the surrender of the aforementioned items to Snohomish Superior Court by 9:30 AM Thursday, September 19, 2024. Should you have any questions or wish to discuss this matter further, feel free to contact me at the phone number or email address cited above. I have the written authority and power to carry forward the judgment that is reflected by the record.

Thank you for your attention to this urgent matter.

Sincerely,

Signature: _____

Printed Name: GENERAL PEDRO J. Salas-El
Pedro J. Salas-EL

**Advisers**

Witness: _Christian Hodge_____    Witness: _Albie Watson_____
Print: _Christian Hodge_____    Print: _Albie Watson_____

Act of State

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF SNOHOMISH**

EDDIE ALEXANDER BANKS TRUST,

                   Plaintiff,

vs.

CITY OF EVERETT,

                 Defendant.

NO: 24-2-01089-31

MOTION FOR JUDGEMENT AS A MATTER OF LAW ON THE PLEADINGS

## 1. JURISDICTION

Article I, Section 10, Clause 1: No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

The Contract Clause provides that no state may pass a "Law impairing the Obligation of Contracts," and a "law" in this context may be a statute, constitutional provision, **1** municipal ordinance, **2** or administrative regulation having the force and operation of a statute. **3** But are judicial decisions within the clause? The abstract principle of the separation of powers, at least until recently, forbade the idea that the courts "make" law and the word "pass" in the above clause seemed to confine it to the formal and acknowledged methods of exercise of the law-making function.

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

1 Accordingly, the Court has frequently said that the clause does not cover

2 judicial decisions, however erroneous, or whatever their effect on existing

3 contract rights. **4** Nevertheless, there are important exceptions to this rule

4 that are set forth below.

5 Article IV - FULL FAITH AND CREDIT:

6     **Section 1 -** Full Faith and Credit shall be given in each State to the
7 public Acts, Records, and judicial Proceedings of every other State. And the
8 Congress may by general Laws prescribe the Manner in which such Acts,
9 Records and Proceedings shall be proved, and the Effect thereof.
10
11     **Section 4 -** The United States shall guarantee to every State in this
12 Union a Republican Form of Government and shall protect each of them
13 against Invasion; and on Application of the Legislature, or of the Executive
14 (when the Legislature cannot be convened) against domestic Violence.

15     The Washington state constitutions article 1. Section 23 states that no

16 law can pass that impairs the obligations of contracts this is similar to the

17 contract clause in the United states constitution which prevents states from

18 passing laws which affect the obligation of contracts.

19 <div align="center">**2. JUDICIAL NOTICE**</div>

20     Please take judicial notice of adjudicative facts that is not subject to

21 reasonable dispute because it is generally known within the trial court's

22 territorial jurisdiction; and can be accurately and readily determined from

23 sources whose accuracy cannot reasonably be questioned the adverse party

24 has an opportunity to be heard. On timely request, the defendant is entitled

25 to be heard on the propriety of taking judicial notice and the nature of the

26 fact to be noticed. Pursuant to §1739. State and Territorial nonjudicial

27 records; full faith and credit. All nonjudicial records or books kept in any

28 public office of any State, Territory, or Possession of the United States, or

29 copies thereof, shall be proved or admitted in any court or office in any other

30 State, Territory, or Possession by the attestation of the custodian of such

MOTION
Page 2 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

Case 25-10027-CMA   Doc 1   Filed 01/06/25   Ent. 01/06/25 13:57:38   Pg. 29 of 82

1  records or books, and the seal of his office annexed, if there be a seal,

2  together with a certificate of a judge of a court of record of the county,

3  parish, or district in which such office may be kept, or of the Governor, or

4  secretary of state, the chancellor or keeper of the great seal, of the State,

5  Territory, or Possession that the said attestation is in due form and by the

6  proper officers. Washington Secretary of State UCC# 2021-273-4878-6

7  Public record Number 202311300035; 202006300163.

8  ## 3. INTRODUCTION

9  In the matter of the Eddie Alexander Banks Trust, plaintiff verses the

10  City of Everrett, defendant and RAMSEY RAMERMAN, agent of the City of

11  Everett as a third-party defendant. Washington law does not require a

12  response to a motion. Check the courts local rules for information related to

13  time to respond. Legal Authority. Any legal authority relied upon must be

14  cited. Provided that Statement of Grounds. A concise statement of the

15  grounds upon which the motion is based, above may may contain in a

16  memorandum of authority in support of the motion lacks appearance. The

17  defendant has waived all defenses under (Super. Ct. Civ. R8(b). The service

18  of an answer waives the defendant's right to make a motion to strike.

19  Pursuant to Rule 12(f) Upon motion made by a party before responding to a

20  pleading or, if no responsive pleading is permitted by the rules, upon motion

21  made by a party within 20 days after the service of the pleading upon the

22  party. Pursuant to pleadings, motions or papers that are defended and filed

23  to the complaints and the order of pleadings must be filed. The defendant

24  has served an answer being a motion to strike. The list of motions are as

25  follows: 1 • To dismiss (Wash. Super. Ct. Civ. R. 12(b); see Motion to

26  Dismiss). 2 • For a more definite statement (Wash. Super. Ct. Civ. R. 12(e);

27  see Motion for a More Definite Statement). 3 • To strike (Wash. Super. Ct.

28  Civ. R. 12(f); A motion to strike the complaint is the third responsive

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

1  pleading a defendant may file. Once you file any responsive pleading that
2  appears later. The defendant waives or has given up the right to file any
3  responsive pleading that appears earlier in the list. Under this rule if you file
4  a motion to strike before you file a motion to dismiss or a request to revise
5  you have given up the option to file those pleadings. Notice of Appearance
6  dated February 29, 2024, and signed by agent, RAMSEY RAMERMAN, of the
7  City of Everett filed with the court. The actual close of evidence occurred
8  March 28, 2024.

9      The Plaintiff moves to strike the third-party claim asserted by agent,
10  RAMSEY RAMERMAN, of the City of Everett or sever it for a separate trial
11  (Wash. Super. Ct. Civ. R. 14(a). The plaintiff asserts a claim against the
12  third-party defendant arising out of the transaction or occurrence that is the
13  subject matter of the plaintiff's claim against the defendant (the third-party
14  plaintiff). The third-party defendant has failed to assert any defenses under
15  Rule 12 and any counterclaims or/and cross-claims under Rule 13. (Wash.
16  Super. Ct. Civ. R. 14.)

17      The Plaintiff moves pursuant to Rule 12(c) Motion for Judgment on the
18  Pleadings. The pleadings are closed but within such time as not to delay the
19  trial, any party may move for judgment on the pleadings and request the
20  court to enter a judgment based on the conclusion that no reasonable jury
21  could reach a different verdict. If, on a motion for judgment on the
22  pleadings, matters outside the pleadings are presented to and not excluded
23  by the court, the motion shall be treated as one for summary judgment and
24  disposed of as provided in rule 56, and all parties shall be given reasonable
25  opportunity to present all material made pertinent to such a motion by rule
26  56. This motion is supported by an affidavit.

27  ## 4. JUDGEMENT RES JUDICATA

MOTION
Page 4 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

## 4. JUDGEMENT RES JUDICATA

The defendant has been fully heard by the clan of Banks, a de jure American court of record with respect to the act of state contract. There is no legally sufficient evidentiary basis for a reasonable jury to find or have found for the defendant with respect to that contract, the court may grant a motion for judgment as a matter of law against the party on any claim, counterclaim, cross claim, or third-party claim that cannot under controlling law be maintained without a favorable finding on that issue.

Res judicata has three general elements: re-litigation, same cause of action, and same or closely related parties. 1. Re-litigation. Res judicata prevents a party from bringing a claim once that particular claim has been subjected to a final judgment in some previous lawsuit. Re-litigation applies to a new lawsuit brought in any court, not just the one responsible for earlier judgment. This piece of res judicata is considered the most straightforward of the doctrine. 2. Same cause of action. Similarly, res judicata prevents a party from bringing the same claim or cause of action against the defendant once a final judgment has been made. The term 'claim' is the legal demand for compensation, while 'cause of action' is the set of elements that allow for legal remedy. 3. Same or closely related parties. If the parties to a lawsuit are individuals, it is inherently easier to identify if a new lawsuit does, in fact, involve those individuals. However, the principle of res judicata can also prohibit litigation brought by parties or entities "in privity" to the party involved with the original lawsuit. This can include anyone "acting as an agent" on behalf of the original plaintiff, or any subsidiary of, for example, a corporate plaintiff. And the same principle applies for defendants.

The signature verifies that the signer has read the motion and is the best of the signer's knowledge, information, and belief. Further, I, verify

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

1  under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct. Executed on _September 11, 2024_ .

3
4                        By: *Banks-El, Eddie-Alexander*
5                            Executor, (claimant, plaintiff)
6                            4920 Evergreen Way South #1166
7                            Everett, Washington 98203
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39

MOTION
Page 6 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

**Act of State**



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 075 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035

1
2
3
4
5



6 # IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
7 # IN AND FOR THE COUNTY OF SNOHOMISH

8

9   EDDIE ALEXANDER BANKS TRUST,            **NO: 24-2-01089-31**
10                       **Plaintiff,**        **ORDER OF DEFAULT**
11                                              **(LRC 55)**
12  vs.

13  CITTY OF EVERETT,

14                       Defendant.
15

16  **Comes Now, plaintiff** being the moving party seek entry of an Order of

17  Default from the Ex Parte and Probate Department through the clerk's office

18  There has not been more than one year since service of the summons. The

19  motion for default shall be noted without oral argument before the assigned

20  Judge.

21  The signature verifies that the signer has read the motion and is the best of

22  the signer's knowledge, information, and belief. Further, I, verify under

23  penalty of perjury under the laws of the United States of America that the

24  foregoing is true and correct. Executed on _September 11, 2024_ .

25
                                By: _Banks-El, Eddie -Alexander_
26                              Executor, (claimant, plaintiff)
27                              4920 Evergreen Way South #1166
28                              Everett, Washington 98203
29

30

31

32
33

MOTION
Page 7 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553



Act of State

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035



1
2
3
4
5
6

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR THE COUNTY OF SNOHOMISH

7
8
9

10  EDDIE ALEXANDER BANKS TRUST,                  NO: 24-2-01089-31
11                        Plaintiff,              **MOTION IN SUPPORT OF**
12                                                **ORDER OF DEFAULT**
13

14  vs.

15  CITY OF EVERETT,

16                        Defendant.
17

18      There has been an appearance dated February 29, 2024, by RAMSEY

19  RAMERMAN, of the City Attorney's Office a not moving party.

20   affirmatively state; Service of the summons complies with CR 4(d) and

21  applicable state statute(s) and furnishes supporting documentation from GC

22  Process Invoice No.10442472 for proof of service, see attached.

23      The signature verifies that the signer has read the motion and is the

24  best of the signer's knowledge, information, and belief. Further, I, verify

25  under penalty of perjury under the laws of the United States of America that

26  the foregoing is true and correct. Executed on _September 11, 2024_ .

27                        By: _Banks-El-Eddie-Alexander_
28                        Executor, (claimant, plaintiff)
29                        4920 Evergreen Way South #1166
30                        Everett, Washington 98203
31
32
33

MOTION
Page 8 of 13



**Act of State**

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035



1
2
3
4
5
6       **IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
7           **IN AND FOR THE COUNTY OF SNOHOMISH**
8

9    EDDIE ALEXANDER BANKS TRUST,              NO: 24-2-01089-31
10                    Plaintiff,

11                                             **ENTERY OF JUDGMENT**
12                                             **MOTION FOR ENTRY OF**
13                                             **JUDGMENT DEFAULT (LRC**
14                                             **55(b))**
15   vs.

16   CITTY OF EVERETT,
17                          Defendant.
18

19   Now Come plaintiff upon motion for entry of judgment against the parties in

20   default giving notice to the judicial department to enter the Order of Default,

21   weather Ex Parte and Probate Department through thru clerk office or the

22   assigned judge or the representative Chief Judge as provided in LCR

23   55(a)(1). No testimony is required. This cause of action is hereby assigned

24   to the defendant the City of Everett, et al. It is declared by plaintiff signing

25   as the Executor who has individual personal knowledge of the record

26   supporting the judgment amount issues an instrument under self-

27   authenticating wax seal of the Crown and is entitled to full faith and credit.

28   Which is represented in the certificated security sum due in species money.

29        This case is based upon an original negotiable instrument (Series AA

30   G6) negotiable bearer payable to bearer with no other undertaking or

31   instruction by the person promising or ordering payment. This is the first

MOTION                              EDDIE ALEXANDER BANKS TRUST & ESTATE
Page 9 of 13                                  GENERAL POST OFFICE
                                                3102 Hoyt Avenue
                                            Everett, Washington 98201
                                                (239) 204-0553

1  delivery of the instrument by the maker, or drawer, for the purpose of giving

2  rights on the instrument to the clerk of the court.

3      The signature verifies that the signer has read the motion and is the

4  best of the signer's knowledge, information, and belief. Further, I, verify

5  under penalty of perjury under the laws of the United States of America that

6  the foregoing is true and correct. Executed on _September 1, 2024_.

7      By: Banks-El ; Eddie -Alexander
8      Executor, (claimant, plaintiff)
9      4920 Evergreen Way South #1166
10     Everett, Washington 98203

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

MOTION
Page 10 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553



**Act of State**

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035



1
2
3
4
5

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF SNOHOMISH

6
7
8

9  EDDIE ALEXANDER BANKS TRUST,          NO: 24-2-01089-31
10                  Plaintiff,

11                                          **JUDGMENT RES JUDICATA**
12  vs.
13  CITTY OF EVERETT,
14                  Defendant.
15

16      First, the facts in question in the matter of Eddie Alexander Banks Trust
17  verses the City of Everett and its agent RAMSEY RAMERMAN, of the City
18  Attorney's Office a not moving party is established and those facts were fairly
19  and fully litigated. Snohomish County Record Number 202311300035.

20      The facts are essential to the first action's judgment and the parties
21  were deemed adversarial with respect to that action. Res judicata prohibits
22  re-litigation on same cause of action, and the same or closely related parties
23  the City of Everett and its agent RAMSEY RAMERMAN, of the City Attorney's
24  Office and not a moving party. Res judicata prevents Re-litigation by a party
25  from bringing a claim once that particular claim has been subjected to a final
26  judgment. Re-litigation applies to a new lawsuit brought in any court, not
27  just the court of record who is responsible for an earlier adjudication and
28  judgment. Similarly, res judicata prevents a party from bringing the same
29  claim or cause of action against the defendant once a final judgment has
30  been made. The claim for compensation is established by contractual
31  agreement. The 'cause of action' allows for legal remedy. That the City of

MOTION
Page 11 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

1  Everett and agent RAMSEY RAMERMAN are the same or closely related

2  parties. The principle of res judicata prohibits litigation brought by parties or

3  entities "in privity" to the party involved with the original lawsuit. This can

4  include anyone "acting as an agent" on behalf of the original plaintiff, or any

5  subsidiary of, for example, a corporate plaintiff. And the same principle

6  applies for defendants.

7         The signature verifies that the signer has read the motion and is the

8  best of the signer's knowledge, information, and belief. Further, I, verify

9  under penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct. Executed on _September 11, 2024_.

11                          By: Banks El, Eddie -Alexander
12                          Executor, (claimant, plaintiff)
13                          4920 Evergreen Way South #1166
14                          Everett, Washington 98203

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION
Page 12 of 13

EDDIE ALEXANDER BANKS TRUST & ESTATE
GENERAL POST OFFICE
3102 Hoyt Avenue
Everett, Washington 98201
(239) 204-0553

Act of State



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 075 US | 92-0671291 ExLs
Snohomish County Public Record
#20231300035







1
2
3

4          **Affidavit supporting Motion**
5        **for Judgment as a Matter of Law**

6   That I Eddie Alexander Banks-El declare that I am of age of majority and

7   competent to testify to the matter stated herein. The pleadings are in the

8   matter are closed and the Plaintiff show this court that the matter is fully

9   adjudicated and there is no genuine issue as to any material fact and that

10  the moving party is entitled to a judgment as a matter of law. A summary

11  judgment, interlocutory in character, may be rendered on the issue of

12  liability alone although there is a genuine issue as to the amount of

13  damages. This affidavit is based on personal knowledge and set forth such

14  facts as would be admissible in evidence. A motion for summary judgment is

15  made and supported as supported by the rule, an adverse party may not

16  rest upon mere allegations or denials of pleading, but a response, by

17  affidavit and must set forth specific facts showing that there is a genuine

18  issue for trial. If the adverse party does not respond, summary judgment

19  shall be entered against the adverse party. Should it appear from the

20  Affidavits of a party opposing the motion for that reason, the party cannot

21  present by affidavit facts essential to justify the party's opposition.

22      The signature verifies that the signer has subscribed and read this

23  affidavit and is the best of the signer's knowledge, information, and belief.

24  Further, I, verify under penalty of perjury under the laws of the United

25  States of America that the foregoing is true and correct. Executed on

26  *September 4, 2024* .

27
28                              *By: Banks-El Eddie -Alexander*
29                              Executor, (claimant, plaintiff)
30                              4920 Evergreen Way South #1166
                               Everett, Washington 98203


MOTION                          EDDIE ALEXANDER BANKS TRUST & ESTATE
Page 13 of 13                          GENERAL POST OFFICE
                                         3102 Hoyt Avenue
                                   Everett, Washington 98201
                                        (239) 204-0553

**GC PROCESS**
418 EAST LORETTA PLACE #420
SEATTLE, WA 98102

INVOICE: 10442472
Issued: Feb 16, 2024
Sent to: Eddie Banks

**Eddie Banks**
Eddie Banks

PAY TO:
**GC PROCESS**
418 EAST LORETTA PLACE #420
SEATTLE, WA 98102

| Case: 24-2-01089-31 | Plaintiff / Petitioner: EDDIE ALEXANDER BANKS TRUST |
|---|---|
| Job: 10442472 | Defendant / Respondent: CITY OF EVERETT |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE - SNOHOMISH | Tyree Bell<br>3002 WETMORE AVENUE<br>EVERETT, WA 98201<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Hana Gonzalez<br>8807 HOLLY DRIVE<br>EVERETT, WA 98208<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Susanna Johnson<br>3000 ROCKEFELLER AVENUE MS606<br>EVERETT, WA 98201<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Christa Huff<br>3232 WETMORE AVENUE<br>EVERETT, WA 98201<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Amy Kaestner<br>3028 WETMORE AVENUE<br>EVERETT, WA 98201<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Neil Wiess<br>6303 WETMORE AVENUE<br>EVERETT, WA 98203<br>SNOHOMISH | $50.00 | 1 | $50.00 |
| ROUTINE - SNOHOMISH | Brady Dovovan<br>22614 BOTHELL EVERETT HWY<br>BOTHELL, WA 98021 | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Feb 16, 2024 | cd.logistics49@gmail.com Paid Online<br>Payment ID: ch_3OkWQ0CScrrxrpOX06phNkpa | ($300.00) |
| Apr 1, 2024 | paid | ($50.00) |

| | | |
|---|---|---|
| Thanks for your business! | Total: | $350.00 |
| Please leave me a review at the google link below and it would be greatly appreciated! | Amount Paid: | ($350.00) |
| https://g.page/r/CWoBBrOySKSXEAI/review | **Balance Due:** | **$0.00** |

GC PROCESS  • . 418 EAST LORETTA PLACE #420, SEATTLE, WA 98102

Call: (206) 388-9972  •  Email: gcroxon@gcserves.com  •  Visit: gcserves.com

## THE CLAN OF BANKS    A COURT OF RECORD

**GOLD**

THIS CERTIFICATE IS LEGAL TENDER IN THE AMOUNT THEREOF
IN PAYMENT OF ALL DEBTS, DUE PUBLIC AND PRIVATE

*2024® Series AA*

**CERTIFICATE**

G⁶



# Certificate of Sum In Species Money Owed

This shall verify the obligation of the CITY OF EVERETT. That it is indebted to the EDDIE ALEXANDER
BANKS TRUST for the sum certain amount in species money as follows:
Federal Reserve Dollar 1 USD 0.00041967 in exchange for 1 XAU = 2,382.824600281 USD.

*Public Law 73-10*                                                                            *Public Law 73-10*

| Amount | From | | To | |
|---|---|---|---|---|
| 10,313,69175 | USD – United States Dollar | ⇄ | XAU – Gold Ounce | |

Start The Beer Rates. Using GTX >

United States Dollar to Gold conversion — Last updated June 28, 2024 20:57 UTC

**Result**
**4,328.345338   Gold Ounce**
1 USD = 0.00041967 XAU
1 XAU = 2,382.824600281 USD

213949302 | 108-73 003266

The contempt for Acts of Congress has been demonstrated is a punishable crime. 15 Stat. ch. 249 (1868) made
final and adopted and accepted by the doctrine of estoppel. This obligation is secured and held by the United
States under full faith and credit, evidenced by public record (#202311300035). This certificate represents the
total amount generated from the contract. To be drawn off the United States. Treasury.

402206

## Total: 4,328.345338 Gold Ounce

**GOLD**

THIS CERTIFICATE IS LEGAL TENDER IN THE AMOUNT THEREOF
IN PAYMENT OF ALL DEBTS AND DUE PUBLIC AND PRIVATE

Benefactor: *Eddie-Alexander²*

**CERTIFICATE**

G⁶

State of Washington     )
                                      )  ss:
County of Snohomish    )

I certify that I know or have satisfactory evidence that Eddie Alexander Banks-El is a man who appeared before me, and
said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the
instrument and acknowledged it as the trustee of EDDIE ALEXANDER BANKS on behalf of whom instrument was
executed) to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument. This Notarial
act doesn't submit or surrender to the jurisdiction of the UNITED STATES or it instrumentality. (UCC1-307)

Dated: 07/29/2024

_____
Notary Signature

My commission expires: 08/17/2027

(Seal or stamp)

**Notary Public
State of Washington
CAMERON  WEBER WEBB
LICENSE # 23030778
MY COMMISSION EXPIRES
AUGUST 17, 2027**

202404010357
**NOTICE**   **Rec: $310.50**
4/1/2024 3:38 PM     8 PG
SNOHOMISH COUNTY, WA

Eddie -Alexander :Banks-El
Return Name

3711 Smith Ave
Street Address

Everett, WA 98201
City, State, ZIP

## Standard Cover Sheet

**Snohomish County Recording**
*A Division of the Auditor's Office*

The Auditor/Recorder will rely on the information provided on the form. The staff will not read the document to verify the accuracy or completeness of the indexing information provided herein.

**Document Title(s)**

1. Notice of Trust        3. _____

2. _____    4. _____

**Reference Number(s) of Related Documents**

_____

Additional reference numbers on page _____

**Grantor(s)**

1. Banks-El                ,  Eddie                    A
   Last Name                   First Name              Middle Initial

2. _____  ,  _____  _____
   Last Name            First Name        Middle Initial

Additional names on page _____

**Grantee(s)**

1. Public                 ,  _____  _____
   Last Name                   First Name        Middle Initial

2. _____  ,  _____  _____
   Last Name            First Name        Middle Initial

Additional names on page _____

**Legal Description** (abbreviated form: ie lot, block, plat or section, township, range)

Notice of Trust _____

_____

**Assessor's Property Tax Parcel/ Account Number**    ☐ Number not yet assigned

_____

Additional numbers on page _____

**Act of State** 



## IN THE SNOHOMISH COUNTY SUPERIOR COURT, WASHINGTON

### NOTICE OF FILING OF REGISTRATION OF EDDIE ALEXANDER BANKS, MARCH 31, 2024 AS A WASHINGTON TRUST NOTICE IS GIVEN

That the attached Registration of Trust was filed by the undersigned in the above-entitled court on the _28th_ day of _March_, 2024; unless you file a petition in the above entitled court objecting to such registration and requesting the court to issue an order that Washington is not the proper situs of the trust, and serve a copy thereof upon the trustee or the trustee's lawyer, within thirty days after the date of the filing, the registration will be deemed the equivalent of an order entered by the court declaring that the situs of the trust is Washington. Reference #202311300035

If you file and serve a petition within the period specified, the undersigned will request the court to fix a time and place for the hearing of your petition, and you will be notified of the time and place thereof, by mail, or personal service, not less than ten days before the hearing on the petition.

<table>
<tr><td></td><td colspan="2" align="center">**Exercise of Inherent Political Power**</td></tr>
<tr><td>**Trustor:**</td><td colspan="2" align="center">**Trustee(s): Name and address of the trustee(s):**</td></tr>
<tr>
<td>Eddie Alexander Banks Estate & Trust<br>Admiralty King<br>Record #2021-273-4878-6</td>
<td>Washington State Patrol<br>virtual Mark: _John Batiste_ - Trustee<br>106 11th Ave, SW, Olympia,<br>Washington 98501   #24T-cv-E¹-01915</td>
<td>Chase Bank<br>virtual Mark: _Jamie Dimon_ - Trustee<br>383 Madison Avenue<br>New York, NY 10017. #24T-cv-E¹-01920</td>
</tr>
<tr>
<td>Washington Department of Corrections<br>virtual Mark: _Cheryl Strange_ - Trustee<br>73445 Linderson Way, SW<br>Tumwater, WA 9801-6501 #24T-cv-E¹-01911</td>
<td>Snohomish County Sheriff Office<br>virtual Mark: _Susanna Johnson_ - Trustee<br>Ms606, 3000 Rockefeller Ave #606,<br>Everett, Washington 98201 #24T-cv-E¹-01914</td>
<td>Internal Revenue Service<br>virtual Mark: _Danny Werfel_ - Trustee<br>915 2nd Ave #3260 Seattle,<br>Washington 98174   #24T-cv-E¹-01918</td>
</tr>
<tr>
<td>United States Navy,<br>virtual Mark: _Lisa Franchetti_ - Trustee<br>1200 Navy Pentagon<br>Washington DC 20350 #24T-cv-E¹-01910</td>
<td>Federal Bureau of Prisons<br>virtual Mark: _Colette S. Peters_ - Trustee<br>320 First St NW,<br>Washington, DC 20534 #24T-cv-E¹-01916</td>
<td>United States Secretary of the Treasury<br>virtual Mark: _Janet Yellen_ - Trustee<br>100 Pennsylvania Ave, NW<br>Washington DC 20220 #24T-cv-E¹-01917</td>
</tr>
<tr>
<td>Federal Bureau of Investigation<br>virtual Mark: _Christopher Wray_ - Trustee<br>1110 3rd Ave Seattle,<br>Washington 98101   #24T-cv-E¹-01919</td>
<td>United States Marshal Service<br>virtual Mark: _Ronald L. Davis_ - Trustee<br>700 Stewart St, Seattle<br>Washington 98101 #24T-cv-E¹-01913</td>
<td>Hilde Family Dentistry<br>virtual Mark: _Jason L. Hide_ - Trustee<br>239 S Burlington Blvd, Burlington,<br>Washington 98233 · #24T-cv-E¹-01912</td>
</tr>
<tr>
<td>Delta Airline<br>virtual Mark: _Dan Janki_ - Trustee<br>1030 Delta Blvd.<br>Atlanta Georgia 30354 #24T-cv-E¹-01922</td>
<td>Keller Williams, Realty<br>virtual Mark: _Brady Donovan_, Trustee<br>22614 Bothell Everett Hwy,<br>Everett, Washington 98021 #24T-cv-T023-2</td>
<td>Department of Homeland Security<br>virtual Mark: _Alejandro N. Mayorkas_ - Trustee<br>12500 Tukwila International Blvd,<br>Tukwila, WA 98168   #24T-cv-E¹-01921</td>
</tr>
</table>

Application of doctrine of virtual representation.

Date of Trust: **January 31, 2024**

Name of Trustor: Eddie Alexander Banks-El _By Eddie-Alexander Banks-El_
Autograph

Name of the Trust: **EDDIE ALEXANDER BANKS TRUST**

Prothonotary for a Court of Record
Book No. 42011 3340
AMERICAN CENTURY
ECC SIGNUM

24-cv-E¹-RT17          Page 1 of 2          12:51:53 AM

## ACKNOWLEDGMENT

| Washington state | ) | |
| | ) | scilicet |
| Snohomish county | ) | |

Estate Signature:    EDDIE ALEXANDER BANKS

Caused to be Entered By: *Eddie Alexander Banks-El*

Eddie Alexander Banks-El, living man
and Beneficiary of the Crown

I certify pursuant to RCW 64.08.050 that Eddie Alexander Banks-El for EDDIE ALEXANDER BANKS TRUST is personally known to the officer known to the officer taking acknowledgment has determined by satisfactory evidence to be, the man whose name, or names, are signed to the instrument as executing the same as stated in the certificate that he, executed the same as his free will, voluntarily act and deed. Signed sealed and delivered. Such certificate shall be of the facts therein recited. The officer or person taking the acknowledgment has satisfactory evidence that a person is the person whose name is signed on the instrument if that corpus: this acknowledgment;

Done and Entered at the City of Everett on this 29 day MARCH , 2024

Official Signature of Notary

DAWN E HENDRY , Notary Public
Notaries print or typed names

My commission expires: 11-06-2025

Registered Mail Numbers claimed by the Estate and Trust
For Private Transactions of Contract and Negotiable Instruments.

| | |
|---|---|
| RF 303 203 076 US | RF 303 203 235 US |
| RF 303 203 080 US | RF 303 203 249 US |
| RF 303 203 093 US | RF 303 203 252 US |
| RF 303 203 102 US | RF 303 203 266 US |
| RF 303 203 116 US | RF 303 203 270 US |
| RF 303 203 120 US | RF 303 203 283 US |
| RF 303 203 133 US | RF 303 203 306 US |
| RF 303 203 147 US | RF 303 203 310 US |
| RF 303 203 155 US | RF 303 203 323 US |
| RF 303 203 164 US | RF 303 203 337 US |
| RF 303 203 178 US | RF 303 203 345 US |
| RF 303 203 181 US | RF 303 203 354 US |
| RF 303 203 195 US | RF 303 203 368 US |
| RF 303 203 204 US | RF 303 203 297 US |
| SF95   RF 303 203 218 US 5/24/24 | RF 303 203 221 US |

24-cv-E¹-RT17      Page 2 of 2      12:51:53 AM

Declaration of Independence I, Eddie-Alexander :Banks-El in the name of the Almighty Creator, By my Declaration of Independence solemnly Publish and Declare my Right to expatriate absolute, 15 Statute at Large 249-250 my res in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a democracy, and return to the Republic, ab initio (110253253, pg 15). Any and all past and present politicalties implied by operation of law or otherwise in trust with the democracy is hereby dissolved. I, Eddie-Alexander :Banks-El have full power to contract, establish commerce as found being guaranteed by the Bill of Rights being the full first 10 Amendments to the Constitution of the [u]nited States of America, a Republic. So Done at Snohomish County, Washington state, Republic on this Julian Calendar 1 day of February, 2024. Autograph: :Eddie-Alexander :Banks-El Address: General Post Office 3102 Hoyt Ave, Everett, Washington Republic Inter vivos LIVING TRUST OF EDDIE ALEXANDER BANKS® Established February 1, 2024 Concurrence Affirmed and subscribed before me this 1st day of February, 2024. Name of Notary TARYN SMITH Notary Public Seal /s/ TARYN SMITH Notary Public State of Washington Commission # 23020450 My Comm. Expires Jul 7, 2027 Published in the Snohomish County Tribune February 7, 14 & 21, 2024

**Snohomish County Tribune**
P.O. Box 499, Snohomish, WA, 98291-0499
206-461-1323

## AFFIDAVIT OF PUBLICATION
State of Washington, Snohomish County

I, The undersigned, under penalty of perjury, do hereby declare

I am a representative of the Snohomish County Tribune (the "Newspaper") whose regular job duties include the authorization to execute Affidavits of Publication on behalf of the Newspaper;

The Newspaper was adjudicated to be qualified to publish legal notices in the above county by Court Order;

On the below dates, the Newspaper published a legal notice, a copy of which is attached hereto, in relation to the file known as:

Declaration of Independence
Eddie-Alexander :Banks-El

On the below dates, the Newspaper circulated copies, including the attached notice, in the regular course of business throughout the above County;

Insertion Dates:  02/07/24  02/14/24  02/21/24

Signature _____  Date  2/21/24

Subscribed and sworn to me this day  2/21/24

Notary Public: _____

BECKY REED
COMMISSION EXPIRES
NOTARY
License No. 22027204
PUBLIC
07-26-2026
STATE OF WASHINGTON

GREAT SEAL OF
AMERICAN CITIZENRY
ECC SIGNUM

Act of State



UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035



### Virtual Representative Roll

Trust res: Contractual agreements reached by notice and opportunity to render a binding opinion on the terms and conditions established in the several express trust agreements listed herein.

1. **24T-cv-E¹-01917**   Signatory: *Janet Yellen* U.S. Department of the Treasury (in trust)

2. **24T-cv-E¹-01918**   Signatory: *Danny Werfel* Internal Revenue Service (in trust)

3. **24T-cv-E¹-01915**   Signatory: *John Batiste* Washington State Parole (in trust)

4. **24T-cv-E¹-01916**   Signatory: *Colette S. Peters* Federal Bureau of Prisons (in trust)

5. **24T-cv-E¹-01919**   Signatory: *Christopher Wray* Federal Bureau of Investigation (in trust)

6. **24T-cv-E¹-01913**   Signatory: *Ronald L. Davis* U.S. Marshal Service (in trust)

7. **24T-cv-E¹-01914**   Signatory: Susanna Johnson Snohomish County Sheriff's Office (in trust)

8. **24T-cv-E¹-01910**   Signatory: *Lisa Franchetti* United States Navy (in trust)

9. **24T-cv-E¹-01911**   Signatory: *Cheryl Strange* Washington Department of Corrections (in trust)

10. **24T-cv-E¹-01921**   Signatory: *Alejandro N. Mayorkas* U.S. Department of Homeland Security (in trust)

=================================================

| | | |
|---|---|---|
| *Prima facie Evidence* | | **Acknowledgment Certificate** |
| Washington state | ) | Caused to be Entered By: :Eddie -Alexander :Banks-El |
| | ) scilicet | Eddie Alexander Banks-El, living man |
| Snohomish county | ) | and Beneficiary of the Crown |

I certify pursuant to RCW 64.08.050 that Eddie Alexander Banks-El for EDDIE ALEXANDER BANKS TRUST is personally known to the officer known to the officer taking acknowledgment has determined by satisfactory evidence to be, the man whose name, or names, are signed to the instrument as executing the same as stated in the certificate that he, executed the same as his free will, voluntarily act and deed. Such certificate shall be of the facts therein recited. The officer or person taking the acknowledgment has satisfactory evidence that a person is the person whose name is signed on the instrument if that person: this acknowledgment;

0321

Done and entered at the city of Everett, Snohomish County, Washington on the 29 day HARCH, 2024

Dawn E Hendry
Official Signature of Notary

DAWN E HENDRY, Notary Public
Notaries print or typed names

My commission expires: 11-06-2025

24-cv-E¹-M022

2:27:02PM

**Act of State**

 

UCC File# 2021-273-4878-6 | Admiralty
Foreign – non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291 ExLs
Snohomish County Public Record Ref No. 202311300035

### Virtual Representative Roll

Trust res: Contractual agreements reached by notice and opportunity to render a binding opinion on the terms and conditions established in the several express trust agreements listed herein.

11. 24T-cv-E¹-01920    Signatory: *Jamie Dimon*    Chase Bank (deed of trust)

12. 24T-cv-E¹-01912    Signatory: *Jason L. Hide*    Hilde Family Dentistry

13. 24T-cv-E¹-T023-2    Signatory: Brady Donovan    Williams, Realty

14. 24T-cv-E¹-01922    Signatory: *Dan Janki*    Delta Airline

=================================================

| *Prima facie* Evidence | | **Acknowledgment Certificate** |

Washington state )
                          ) scilicet    Caused to be Entered By: *Eddie Alexander Banks-El*
Snohomish county )                      Eddie Alexander Banks-El, living man
                                         and Beneficiary of the Crown

I certify pursuant to RCW 64.08.050 that Eddie Alexander Banks-El for EDDIE ALEXANDER BANKS TRUST is personally known to the officer known to the officer taking acknowledgment has determined by satisfactory evidence to be, the man whose name, or names, are signed to the instrument as executing the same as stated in the certificate that he, executed the same as his free will, voluntarily act and deed. Such certificate shall be of the facts therein recited. The officer or person taking the acknowledgment has satisfactory evidence that a person is the person whose name is signed on the instrument if that person: this acknowledgment;

Done and entered at the City of Snohomish County, Washington on the 29 day MARCH 2024    0322

Dawn E Hendry
Official Signature of Notary

DAWN E HENDRY    Notary Public
Notaries print or typed names

My commission expires: 11-06-2025

=================================================

GREAT SEAL OF
AMERICAN CHIVALRY
ECC SIGNUM

24-cv-E¹-M023    Page 1 of 1    3:21:14PM

## Proof of Service

I, _Donald Bullock_ a duly commissioned Notary do hereby verify that a true and correct copy of the attached Notice of Registration of Trust was placed in an envelope sealed and mailed first-class mail postage pre-paid to the following individuals at the location specified:

| | | |
|---|---|---|
| | Washington State Patrol<br>virtual Mark:_John Batiste_ - Trustee<br>106 11th Ave, SW, Olympia,<br>Washington 98501    #24T-cv-E1-01915 | Chase Bank<br>virtual Mark:_Jamie Dimon_ - Trustee<br>383 Madison Avenue<br>New York, NY 10017  #24T-cv-E1-01920 |
| Washington Department of Corrections<br>virtual Mark: _Cheryl Strange_-Trustee<br>73445 Linderson Way, SW<br>Tumwater, WA 9801-6501 #24T-cv-E1-01911 | Snohomish County Sheriff Office<br>virtual Mark:_Susanna Johnson_ - Trustee<br>Ms606, 3000 Rockefeller Ave #606,<br>Everett, Washington 98201 #24T-cv-E1-01914 | Internal Revenue Service<br>virtual Mark: _Danny Werfel_ - Trustee<br>915 2nd Ave #3260 Seattle,<br>Washington 98174    #24T-cv-E1-01918 |
| United States Navy,<br>virtual Mark: _Lisa Franchetti_ - Trustee<br>1200 Navy Pentagon<br>Washington DC 20350 #24T-cv-E1-01910 | Federal Bureau of Prisons<br>virtual Mark: _Colette S. Peters_ - Trustee<br>320 First St NW,<br>Washington, DC 20534  #24T-cv-E1-01916 | United States Secretary of the Treasury<br>virtual Mark: _Janet Yellen_ - Trustee<br>100 Pennsylvania Ave, NW<br>Washington DC 20220  #24T-cv-E1-01917 |
| Federal Bureau of Investigation<br>virtual Mark: _Christopher Wray_- Trustee<br>1110 3rd Ave Seattle,<br>Washington 98101    #24T-cv-E1-01919 | United States Marshal Service<br>virtual Mark: _Ronald L. Davis_- Trustee<br>700 Stewart St, Seattle<br>Washington 98101  #24T-cv-E1-01913 | Hilde Family Dentistry<br>virtual Mark: _Jason L. Hide_ -Trustee<br>239 S Burlington Blvd, Burlington,<br>Washington 98233  #24T-cv-E1-01912 |
| Delta Airline<br>virtual Mark:_Dan Janki_ - Trustee<br>1030 Delta Blvd.<br>Atlanta Georgia 30354 #24T-cv-E1-01922 | Keller Williams, Realty<br>virtual Mark: _Brady Donovan_, Trustee<br>22614 Bothell Everett Hwy,<br>Everett, Washington 98021 #24T-cv-T023-2 | Department of Homeland Security<br>virtual Mark: _Alejandro N. Mayorkas_- Trustee<br>12500 Tukwila International Blvd,<br>Tukwila, WA 98168    #24T-cv-E1-01921 |

An answer must be served within 30 days upon receipt of information on the Prothonotary at 421-1 Dorn Ave, Everett Washington 98208 and Clerk of Snohomish Superior Court at 3000 Rockefeller Ave, Everett, WA 98201.

I declare under penalty of perjury under the laws of the United States of America is true and correct.
Snohomish County, Washington on this _1_ day of _APRIL_, 2024.

_Donald Bullock_
Notary Public Signature

My commission expires : _18 Aug 2024_

UPS Store
5129 Evergreen Way, D
Everett, Washington 98203

DONALD BULLOCK
NOTARY PUBLIC #22029577
STATE OF WASHINGTON
COMMISSION EXPIRES
AUGUST 18, 2026

Act of State





UCC File# 2021-273-4878-6 | Admiralty
Foreign — non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291, ExLs
Record Ref No. 202311300035

WASHINGTON STATE )
                 )  SS    Trust res:
SNOHOMISH COUNTY )

UNITED STATES OF AMERICA

VS *Krista Huff*
          Defendant.

**IN THE CLAN OF BANKS**
**A COURT OF RECORD**

AFFIDAVIT
AND
WARRANT FOR ARREST

**AFFIDAVIT**

    The undersigned Affiant, being duly sworn, sworn and deposes a says that the above named defendant, on or about the __/st__ day of __April__, 2024, with force of cogent coercion at and in Snohomish County, in the township of Everett, did then and there unlawfully denied due process and trespassed against the secured Estate of Eddie Alexander Banks, and denied Affiant rights, standing and political choice. Did engaged in racketeering influenced and corrupt organization. Compelled misrepresented of the interest of Eddie Alexander Banks trust and in such case made and provided an instance of breach of peace against A Prince that maintains honor and is in good behavior in the tenor of His office thus offending the honor and dignitary of the native indigenous people and the crown. Are in violation of private international law - Treaty of Peace #110651873; #20231130003 pg 26, Amnesty Oath; Expatriation #110253253, pg 413. Which is punishable of a fine of up to $50,000 and in addition to up to 2 to 5 years of civil imprisonment.

                                        *Eddie-Alexander :Banks-El*
                                                     Affiant

Sworn to and subscribed before me
This the 1st day of April, 2024

_____
Notary Public Signature

TARYN SMITH
Notary Public
State of Washington
Commission # 23020450
My Comm. Expires Jul 7, 2027

**WARRANT FOR ARREST**

To the Chief of Police of the City of Everett, Sheriff of Snohomish County or any authorized law enforcement officer, GREETING:

    For the reasons stated in the forgoing affidavit, which is hereby made apart of the warrant, you are indemnified and commanded forwith to arrest the above named defendant and have the said defendant before His Honor, the presiding Judge of the Superior Court of Snohomish County, Washington, then and there to answer and be dealt with according to law. Refusals or failures of a public official to perform shall give rise to a claim of fifteen thousand dollars to proceed in arbitration.

    Done and Entered in camera at Snohomish County, Washington territory,
Witness my hand, signed, sealed and delivered, this Julian Calendar day __1st__ of __April__, 2024.

By: _____                      *Eddie-Alexander :Banks-El*
    Prothonotary                                      Executor

24-cv-E¹-WA023

Act of State

UCC File# 2021-273-4878-6 | Admiralty
Foreign — non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291, ExLs
Record Ref No. 202311300035

WASHINGTON STATE )
                 )  SS    Trust res:
SNOHOMISH COUNTY )

UNITED STATES OF AMERICA

VS *Neil Weiss*
_____
        Defendant.

## IN THE CLAN OF BANKS
## A COURT OF RECORD

AFFIDAVIT
AND
WARRANT FOR ARREST

01 APR 2024

### AFFIDAVIT

The undersigned Affiant, being duly sworn, sworn and deposes a says that the above named defendant, on or about the _1st_ day of _April_, 2024, with force of cogent coercion at and in Snohomish County, in the township of Everett, did then and there unlawfully denied due process and trespassed against a secured Estate of Eddie Alexander Banks, and denied Affiant rights, standing and political choice. Did engaged in racketeering influenced and corrupt organization. Did also incentive the use of deadly force, and violence by placing an excessive bond against Eddie Alexander Banks trust and in such case made and provided an instance of breach of peace against A Prince that maintains honor and is in good behavior in the tenor of His office thus offending the honor and dignitary of the native indigenous people and are in violation of private international law - Treaty of Peace #110651873; #20231130003 pg 26, Amnesty Oath; Expatriation #110253253, pg 413. Which is punishable of a fine of up to $50,000 and in addition to up to 2 to 5 years of civil imprisonment.

*:Eddie -Alexander :Banks-El*
Affiant

Sworn to and subscribed before me,
This the _1st_ day of _April_, 2024.

_Taryn S_____
Notary Public Signature

TARYN SMITH
Notary Public
State of Washington
Commission # 23020450
My Comm. Expires Jul 7, 2027

### WARRANT FOR ARREST

To the Chief of Police of the City of Everett, Sheriff of Snohomish County or any authorized law enforcement officer, GREETING:

For the reasons stated in the forgoing affidavit, which is hereby made apart of the warrant, you are indemnified and commanded forwith to arrest the above named defendant and have the said defendant before His Honor, the presiding Judge of the Superior Court of Snohomish County, Washington, then and there to answer and be dealt with according to law. Refusals or failures of a public official to perform shall give rise to a claim of fifteen thousand dollars to proceed in arbitration.

Done and Entered in camera at Snohomish County, Washington territory,
Witness my hand, signed, sealed and delivered, this Julian Calendar day _1st_ of _April_, 2024.

By: _____
    Prothonotary

24-cv-E1-WA022

*:Eddie-Alexander :Banks-El*
Executor

Act of State



UCC File# 2021-273-4878-6 | Admiralty
Foreign — non-citizen reign e pluribus unum
| RE 152 134 875 US | 92-0671291, ExLs
Record Ref No. 202311300035

WASHINGTON STATE )
                 )  SS      Trust res:
SNOHOMISH COUNTY )

UNITED STATES OF AMERICA

VS **Amy Kaestner**
_____
            Defendant.



**IN THE CLAN OF BANKS**
**A COURT OF RECORD**

AFFIDAVIT
AND
WARRANT FOR ARREST

## AFFIDAVIT

The undersigned Affiant, being duly sworn, sworn and deposes a says that the above named defendant, on or about the _1st_ day of _April_ , 2024, with force of cogent coercion at and in Snohomish County, in the township of Everett, did then and there unlawfully denied due process and trespassed against a secured Estate of Eddie Alexander Banks, and denied Affiant rights, standing and political choice. Did engaged in racketeering influenced and corrupt organization. Did also incentive the use of deadly force, and violence by placing an excessive bond against Eddie Alexander Banks trust and in such case made and provided an instance of breech of peace against A Prince that maintains honor and is in good behavior in the tenor of His office thus offending the honor and dignitary of the native indigenous people and are in violation of private international law - Treaty of Peace #110651873; #20231130003 pg 26, Amnesty Oath; Expatriation #110253253, pg 413. Which is punishable of a fine of up to $50,000 and in addition to up to 2 to 5 years of civil imprisonment.

_:Eddie-Alexander :Banks-El_
Affiant

Sworn to and subscribed before me,
This the _1st_ day of _April_ , 2024.

_Taryn S_____
Notary Public Signature

```
TARYN SMITH
Notary Public
State of Washington
Commission # 23020450
My Comm. Expires Jul 7, 2027
```

### WARRANT FOR ARREST

To the Chief of Police of the City of Everett, Sheriff of Snohomish County or any authorized law enforcement officer, GREETING:

For the reasons stated in the forgoing affidavit, which is hereby made apart of the warrant, you are indemnified and commanded forwith to arrest the above named defendant and have the said defendant before His Honor, the presiding Judge of the Superior Court of Snohomish County, Washington, then and there to answer and be dealt with according to law. Refusals or failures of a public official to perform shall give rise to a claim of fifteen thousand dollars to proceed in arbitration.

Done and Entered in camera at Snohomish County, Washington territory,
Witness my hand, signed, sealed and delivered, this Julian Calendar day _1st_ of _April_ , 2024.

By: _Sylvia Varas_
    Prothonotary

_:Eddie-Alexander :Banks-El_
Executor

24-cv-E¹-WA022

United States Bankruptcy Court
Western District of Washington
BOND OF INDEMNITY

KNOW ALL MEN BY THESE PRESENTS:

That we, EDDIE ALEXANDER BANKS ESTATE, the Seat of Government having an address at General Post Office 3102 Hoyt Avenue Everett, Washington 98201-9998, hereinafter referred to as the "Creditor," and the OFFICE OF CITY ATTORNEY, CITY OF EVERETT, having an address at 2930 Wetmore Avenue, 10-C, Everett Washington 98201, hereinafter referred to as the "Debtor," are held and firmly bound unto each other in the sum of ($10,313,687.75), lawful money of the United States of America, to be paid to the Creditor, for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrators, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Debtor has incurred liabilities to the Creditor as per the terms and conditions agreed upon, and the Creditor agrees to indemnify the Debtor against any claims, losses, damages, or expenses arising from said liabilities.

NOW, THEREFORE, the condition of this bond is such that if the Creditor shall indemnify and hold harmless the Debtor from all claims, actions, damages, or losses incurred as a result of the liabilities owed to the Creditor, then this obligation shall be void; otherwise, it shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed this Bond of Indemnity as of January 2, 2025.

EDDIE ALEXANDER BANKS ESTATE
By: *Eddie* Agent for EDDIE ALEXANDER BANKS, Principle
By: _____
Name: Eddie
Title: Executor

WITHOUT RECOURSE
*Eddie*
ATTORNEY-IN-FACT and Agent on Behalf of
EDDIE ALEXANDER BANKS

EVERETT CITY ATTORNEY'S OFFICE

By: _____
Ramsey Ramerman, WSBA No. 30423
2930 Wetmore Ave, Suite 10-C
Everett, WA 98201
Phone: (425) 257-7009
Email: rramerman@everettwa.gov

Virtual Appearance Doctrine Asserted
BOND APPROVED:

*Act of State*

## IN THE UNITED STATES BANKRUPTCY COURT
### For the Western District of Washington

Eddie-Alexander,

           Creditor,               Case No. _____

    verses

EDDIE ALEXANDER BANKS
            Debtor.

_____

### Involuntary Bankruptcy Petition under Chapter 7
#### (Supplemental to Form 205)

An involuntary action is commenced in good faith and with clean hands by a foreign representative under his banner to an American estate under a Republic in a foreign proceeding. This real action under chapter 7 is against an incorporated bankrupt person or entity. An involuntary case against a person is hereby commenced by the filing of this petition with the clerk of the above sited bankruptcy court.

OFFICE OF THE CITY ATTORNEY CITY OF EVERETT 2930 Wetmore Avenue, 10-C, Everett WA 98201 is a debtor under the chapter under which this case is commenced. The creditor is the holder of a claim against such person that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount. The aggregate amount of the claim is **($10,313,687.75).** The debtor is generally not paying its debts as such debts have become due. The debt owed is the subject of bona fide liability or the sum certain amount.

If the petition is not timely controverted, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition is filed.

The petitioner hereby asserts that he meets the qualifications cited under Bankruptcy Code Chapter 7. Notice is taken by the authorized representative as required by 11 USC §342(b). The debts of the estate are primarily consumer debts. Please note that consumer debts are defined under Title 11 U.S.C. §101(8) as "incurred by an individual primarily for personal, family, or household purposes."

Chapter 7 is for individuals who is having financial difficulty do to the current national banking crisis which prevents us from paying their debts and who are willing to allow their nonexempt property being claimed as the aggregate amount generated in total being the central and commercial activity of the state to be used to pay any alleged creditors. The primary purpose of filing under chapter 7 is to have debts discharged.

All supplies in connection with this bankruptcy case is subject to the examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

#### Allocution

"I assert my right by public enrolment on the public record; it is my duty to provide new guards for my future security. and such is now the necessity which constrains me, I do hereby alter my former form of government." 202006300163 For it is established that, one man with the Law is a majority by the motto **"e pluribus unum."** Coronation oath, pg. 38, 202311300035; Civil Authority, pg. 21 202006300163, WA. Our Constitution is the political document that resulted from that struggle, and it guarantees our liberty to choose the political domain we want to be controlled by without compelled performance.

The New Deal brought in an economic benefit that set into operation certain commercial rules and laws that operate outside the restraints of the Constitution. These mercantile benefits were given at birth as a compelled economic beneficial privilege of an alternative political domain that is permitted by the Constitution but operates outside of it. This

alternative domain operates on the principle being the same as the Divine Right of Kings, 2021-273-4878-6 which operates in an economic capacity rather than a political one.

Private law operates outside of the Constitution under the rights of private contract as stipulated in Article I, Section 10. Article I, in its entirety, expresses all the private law that is allowed in the operation of government of the several states of the union. Section 8 and clause 17 of that Article states that any other private law that is necessary for the operation of government for the commercial benefit of the several states of the union can indeed be legislated from the seat of the estate being expressed in trust. By the absolute rights under the Constitution and its first ten Amendments, the Bill of Rights.

"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his own private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his books to an investigation, so far as it may tend to incriminate him. He owes no such duty to the State, since he receives nothing there-from, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State which is by his claim appearing on the public record in the states of Washington, Florida, and Texas, all being Constitutional Republics. The EDDIE ALEXANDER BANKS Estate who maintains a Treaty of Peace, 110651873, FL. owes nothing to the public so long as he does not trespass upon their property and rights."

Let's understand the meaning of private law versus public municipal law. Private law, also called non-positive law and local law, is a term that is used to describe the principles and regulations that an individual uses to direct his or her own life without regard to conflict of law principles. It is also called the "law of conscience." That is, it is one's personal philosophical and religious belief system that you use to control your own life and decisions.

### Trust by its Suri juris Legislator

The Crown corporation or sovereign power of the state administers the cesti que vie trust and any other private law that is necessary for the operation of government for the commercial benefit of the several states of the union under the current banking emergency. This power and authority can be legislated from the seat of the estate via an expressed trust or any constructive trust. The aggregate of the mercantile benefits come from corporate constructive trust that are generated from the registration of property as chattel paper for services and goods. They are the administrators over that trust of the estate. In the absence of a beneficiary. The State agency with crown powers becomes quasi-beneficiary of the commercial business activity.

The petitioner was presumed to be an employee of the United States or one of the several states of the Republican union. Constructive trusts have been erected by state actors and used to enrich themselves off of the blessings of the American estates. The petitioner declares he is not the nom de guerre being the legal title but is legally attached as a trustee by the issuance of a CoLB by the state and the issuance of a social security number. The natural born individual under the American Freedoms and bill of Rights are made inviolable. For all purposes of the income tax act, the trustee is designated as the agent. The administrator of the trust is the crown or state agency who has full authority as the administrator of the estate being executed under the bankruptcy and solvency act. The legal title and the equitable title are to be torn asunder by this executive order under wax seal. Under "black letter law" being the Roman civil law is the basis of state Codes and Statutes that are dictates of public municipal policy via private laws of the public trust. Moved by the presumption relied upon, assumed and presented by the private Bar Guild and others are rebutted, Doc. EAB-24EXL-18101. The commercial system of the American states is to be protected at all costs from the servitude of ecclesiastical authority that dictates the public commercial law policy. The private ecclesiastical law that dictates the public commercial policy and compels performance which is demonstrated by the assertion of the separation of powers and how Public Law is vital for private use to protect the individual rights of the minority. Public Law for private purposes and that liberty is self-

pg. 2

evident and comes before the State. It shall be a rebuke and a stumbling block to the very harbingers of reappearing tyranny and oppression.

Roman civil law relies entirely on unilateral or implied contracts. This is where one party agrees by the simple act of accepting a benefit(s) that the civil government has to offer. In other words, the individual has something offered to him that he accepts. Usually, an economic or mercantile benefit. The act of acceptance, with or without a signature of acceptance, comes with certain strings of compelled performance that are attached. This is because the very act of voluntary acceptance by silence is taken as an implied endorsement. The implied endorsement creates a constructive trust arrangement with the civil government for the assumed benefit. This is why there is no separation of power, only one power and that is government. The people are subservient because they are involved in a constructive trust that controls their conscience. Roman civil law is the basis of the franchise of the "several states of the union" that was granted by the people of the Republic. This means an expressed trust can become the third party who can dictate the Statutes, Codes and laws by its legislature, and any amendment or restatement of trust and they are compelled to align themselves with the estates plan, because of their silent volunteering.

The system of commercial law in the American states is under a unique type of law that the government was forbidden to have direct contact with the people. Unlike the Roman civil law. The federal government was there to oversee the economic cooperation between the several states of the union who were in fact foreign to each other and had an obligation to provide for their common defense and to work out commercial business activity of and between the several states of the union, as they relate to each other and the prospect of world trade.

Everything the individual got involved in under Roman civil law had implications that obligated him or her on account of economic benefits being accepted by their continued silence. There were always strings attached that were considered a benefit. The agreement never has definite limits. What is agreed on is only implied or constructed upon the circumstances restated in trust. The implications of a unilateral offer and acceptance would always create a third party constructive or implied trust agreement.

This trust, being the third party, was always there to oversee and to exact what it thought it was due through compelled performance to the rules of the private trust that bound the persons who had private business dealings with the estate. There is no separation of powers. In other words, there is no way to have a true bilateral general common law contractual relationship because of the government having the petitioner in a trust relationship making his position inferior, not superior. The presumption puts the petitioner as trustee to become the trust and therefore part of the government. Counter Affidavit pg. 23, 202006300163. While at the same time, the government becomes a quasi-beneficiary and part of the trust compelling the petitioner to serve as a volunteer. His identity is lost in the trust relationship due to purely moral ideas developed outside the legal system. The movement away from Law because it finds its chief reliance is on the power of the magistrate.

Federalism is based on Roman civil law (private federalism), where both the petitioner identity and the government's presumption are confused by permitting a constructive or implied trust arrangement. The government is constantly a part of the corporate contracts. They are the undesignated administrators of the petitioner's conscience via the 14th Amendment charitable public trust. Under Roman civil law the petitioner has been considered incompetent and unable to handle his private affairs by mistake, error or omission. So, the estate by expressed trust is involved as a third party in all the petitioner's private business affairs. When a dispute arises between parties in a state, the courts are to rule on the contract pure and simple and having no Codes, Statutes applied, with no implications to be explored. The ruling is made upon the contract with jury assistance if demanded without Codes, Regulations or revised Statutes drummed up by a third-party overseer enjoying undue enrichment drawn from the estate.

Private law, which the Roman civil law thrived on, is the conscience of law of one "person" in (trust) over another where there is no liberty of choice as to its terms. The terms of the contract or agreement (also called an offer) are always based on the personal beliefs of the Roman civil government. The offer is always unilateral where your acceptance is totally signified by the respondent's silence.

The substance of private federalism is purely the private law or conscience of a private religious charitable trust that is operating under the private Roman civil law of the 14th Amendment as a vested interest in the commercial entity called "government." This private religious charitable trust which is operating under private Roman civil law of the 14th Amendment moved into the public arena by voluntary silence and accepted by 51% of the general population. Anytime a civil relationship is established, it is based on implied and 28 indefinite trust principles. The result is a government that has created a third-party administrative bureaucracy that spends its time making and readjusting Codes and Revised Statutes that dictate public policy. This is an executive order to continue the compelled performance of the citizen beneficiary to service the public debt and thus promote the economic benefits of the government held in the public trust. Only the individual, as "one people" as declared in the Declaration of Independence. pg. 12, 202311300035 We the people, have the power and choice to determine a Republican form of government as stated in Article IV, Section 4 of the Constitution by calling on Public Law for private purposes. Thus, federalism has come, in modern parlance, to mean the division or dispersal of central power.

I need intervention in this matter before I act with critical mass. The individual estate declaring bankruptcy remains under the supervision of the trustee who is responsible for maintaining the individuals, financial matters and debts by assignment owed to his creditors. It's a trustee's job to protect persons in property not mine. For if I do I assure you no one will like the calculated response.

### Assignment

As Executor of the estate, I hereby assign legal title back to the United States or state trustee carefully by being conscious of the assertion. 2018000062910

Through the Bankruptcy the petitioner has legally separated himself as the presumed trustee of the Registered NAME (EDDIE ALEXANDER BANKS) and the state of Washington, a Republic. With its original port of entry being the District of Columbia is hereby assigned trustee and administrator of the claimed and landed estate with *'Eddie* being the individual and the beneficiary of the landed estate. By his federal oath, Pg. 15, 202006300163, delegates its powers over the district to the elective government and exercise of local police power. Under current law structure of trust, the trustee is permitted to make money under the estate. But that money does not belong to the trustee.

After the process of registration of the legal title. The equitable title falls away upon merger and the legal title is returned to the principle under state and bar guild presumption of trusteeship and not as a fee simple owner. This position carries all legal and statutory liability of taxation which attaches by federal rule 301. That residents and state nationals are entitled to all the guarantees of the United States Constitution. The estate possesses original jurisdiction over its affairs, the blended powers of local and national legislature by home rule doctrine when legislating for the estate's affairs. Article IV, Section 4, is the guarantee of a Republican form of government. Ordinary constitutional restrictions do not operate against the estate. When legislating for the estate it remains the private legislature of the union, a Republic. So that it may give its enactments nationwide operating to the extent necessary to make them locally effective and enforceable. The taker in due course of the power of attorney in relation to the Trading with the Enemy Act as amended 1913, 40 Statute at Large 411, pg. 418(e). Application for Pardon and Amnesty oath, pg.18, 202311300035 is now force exercised.

By the Constitution Annotated of the taking of powers under Article I Section 8 of Enumerated Powers Clause 17 by the Enclave Clause, expressed.

The estate shall have the power to exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of a particular State, and the Acceptance of Congress, become the Seat of Government of the United States and to exercise the authority over all Places purchased by the consent of the Legislature of the State in which the same shall be for the erection of Forts, Magazines, Arsenals, dock Yards and other needful Buildings. By conferring jurisdiction by naturalization of the United State on and in the navigable water ways of the United States as the case may be, by any expressed Cession of any particular State weather verbal or written, and the Acceptance of Congress is granted by full faith and credit clause, to public acts and records to become the Seat of Government of the United States, and exercise of the sovereign authority.

An individual having appeared and petitions to become a taker of the crown corporation's power and assigning to the crown and/or state agents, or administrators to occupy the trustee position and facilitate the natural born individuals transition to now become the Beneficiary of the cesti que vie trust. Now in an undischarged bankruptcy matter. The landed estate of Eddie Alexander Banks an occupant of the Executor office is now seated. The petitioner gives a mandate by executive authority hereby commissions that the beneficial use as the petitioning individual has been presumed to be trustee and employee of government is no longer being presumed as such. The trusteeship now falls to the crown or state. The petitioner is now the undischarged bankrupt. The bankruptcy trustee is discharged, and the trusteeship now falls to the crown or the sovereign state. Letters appointing of Executor, pg. 4, 9, 202311300035. The Executor of the estate is now entitled to issue his original letters in the administration of the Estate.

Done and entered in camera by the light of day at the city of ___*Everett*___
___*Snohomish*___ County, Washington state, a Republic.

By:*Edie*Agent for EDDIE ALEXANDER BANKS,**Principle** Date: _*1/6/2025*_

Authorized Representative
:Eddie-Alexander :Banks-El
4920 Evergreen Way S. #1166
Everett, Washington 98203
Email: cd.logistics49@gmail.com
Phone: (239) 204-0553

*Banks-El, Eddie Alexander* Date: _*1/6/2025*_
Executor for EDDIE ALEXANDER BANKS landed Estate
General Post-Office
3102 Hoyt Avenue
Everett, Washington 98201-9998

_*January 6th, 2025*_          *[signature]*
Date                              Prothonotary

Political power is inherent in the people exercising authority in the election of the government through our voice and actions by the taking up, the affairs and powers of the estate in the form of self-government now being the undischarged bankrupt.

The estate remains a Legislature of the Union, a Republic, and the seat of government. So that it may give its enactments, nationwide operation, to the extent necessary to make those Acts locally effective, by means of Amendment and Restatements that the inter vivos Living Trust may proceed to supplement or modified actions from time to time by ancillary procedures.

## Notary Jurat
## ACKNOLEDGMENT CERTIFICATE



State of Washington          )
                             ) ss:
County of Snohomish          )

I certify that I know or have satisfactory evidence that Eddie Alexander Banks-El is a man who appeared before me, and said person acknowledged that (he/~~she~~) signed the attached instrument, on his oath stated that (he/~~she~~) was authorized to execute the instrument and acknowledged it as the executor for EDDIE ALEXANDER BANKS ESTATE on behalf of whom instrument was executed) to be the free and voluntary act signed seal and delivered for the uses and purposes mentioned herewith.

Dated: 1 | 6 | 2025

_____
Notary Signature

My commission expires: 10/23/2026

(Seal or stamp)

> GUS EVANS
> Notary Public
> State of Washington
> Commission # 174995
> My Comm. Expires Oct 23, 2026

          

===========================================================

## Estate Endorsement for Consumer Debt:

===========================================================



By Banks-El, Eddie-Alexander
**WITHOUT RECOURSE**
Eddie
~~ATTORNEY~~-IN-FACT and Agent on Behalf of
**EDDIE ALEXANDER BANKS**

Private International Law
## APOSTILLE AUTHETICATION OF RECORD
### Authenticating or Identifying Evidence

To satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is. A document was recorded or filed in a public office as authorized by law. This evidences that an apostille certificate verifies the authenticity of public document's signature, seal and position of the official who issued it. The power and enforceability by the sovereign power of Washington state, a Republic is hereby set forth and incorporated by reference as if cited in full. *Methods Provided by a Statute or Rule* of authentication or identification allowed by a federal statute or a rule prescribed by the Supreme Court.

pg. 22018000147357; pg.10-13 202006300163

Public Record Deposits:          Washington state; Skagit County, Snohomish County.
                                 Florida state; Broward County

pg. 6

## NOTICE CLAIM

SUPPORT VERIFIED COMPLAINT FOR DECLAIRATORY JUDGMENT, IMPOSITION OF CONSTRUCTIVE TRUST, AND ACCOUNTING BREACH OF FIDUCIARY DUTY BY PUBLIC OFFICIALS BREACH OF THE PUBLIC TRUST; QUOTE WARRANTO AND REVOCATION OF CORPORATE CHARTER.

This is a court of record, original real action, the time of commencement of action by its records and proper service. The EDDIE ALEXANDER BANKS expressed trust has acquired jurisdiction by inter vivos contact and has lawful control of all subsequent proceedings. Judgment is established by his written will under his seal which carries the independent sovereign power of the state.

The Occupant of the Executor Office of the EDDIE ALEXANDER BANKS, Estate and cesti que vie trust has some administrative procedures for the _____ _____ (court/administrative tribunal) to consider in furtherance of the administration in protecting and enforcement of Estate rights.

Governing Instrument. This instrument is exercising a power of appointment or power of attorney-in-fact in the taking of the power in occupying the Office of Executor for the Estate. To the full extent permitted by the constitution, this court has original jurisdiction over all subject matter relating to its administration and legislative acts. A foreign personal representative appears to commence Formal Proceedings. Estate includes the property of the decedent, trust, or other person whose affairs are subject to the power as originally constituted and as it exists from time to time during administration. A creditor or other person has first secured an appointment for a personal representative to invoke Code procedures for establishing creditors claim as allowed. This claim is in respect to an expressed trust, private or charitable, with additions thereto, whenever and however created arising in contract, tort, or otherwise. The Executor Office of the EDDIE ALEXANDER BANKS, Estate being the highest office represented in this administration.

This is the exercise of remedies for the estate wronged by fraud is intended to be supplemental to other protections provided by Code and can be maintained outside the process of settlement of the estate. Mandate for Remedies related to fraud practiced during the lifetime which affects the succession and protection of the estate.

As the Occupant of the Executor Office of the EDDIE ALEXANDER BANKS Estate, I am directing you in reference to _____
_____
_____
_____
_____
_____

This office demands that an order to that effect be issued by the agency administration accordingly.

### Writ of Mandate

Disobedience to this Executor Letters leaves that party exposed to breach of fiduciary duty, liability, injury and damage to the Estate and shall be used as evidence of claim for the lawyer's bonds, court administrator's bonds, judge's bonds, clerk's bonds. Therefore, arresting all bonds, CUSIP numbers, and other remedies. I will attempt to send you to prison.

_____

Executors Agent

**In witness whereof,** I affix my signature to attest that the document is signed, sealed and delivered as his free will act and deed on the above-mentioned date.

_____

Prothonotary

pg. 7



Act of State

UCC File #2021-273-4878-6
PMB# 98201-9998  Book #420TI 3340
Foreign – non-citizen American National
reign of e pluribus unum
| RE 152 134 875 US | 92-0671291



## PETITION FOR REDRESS OF GRIVANCES, RECOGNITION, ADMINISTRATION AND ENFORCEMENT FOR THE LANDED ESTATE OF EDDIE ALEXNADER BANKS®©™

Without regard to conflict of law principles.

### Naturalization Act by Royal Purgative

Preamble: We the people from the self-governing dominion of the clan of Banks, in order to strengthen a more perfect union, establish justice and maintain internal tranquility and external tranquility, we hereby provide for the common defense and to secure the blessings of liberty to ourselves and our posterity, do ordain and establish this naturalization act.

Physical presence now manifests in law, by Law, birth, or the conferring naturalization of nationality upon the Estate to exercise the full sovereign authority of the United State of America as a Constitutional monarch named herein by Crown prerogative power. Which is formed as an independent body politic known as the clan of Banks under her banner, a Society of men, Peers of the realm are now united together for the purpose of promoting for our mutual safety and advantage by the joint efforts of our combined strength, but every combination of men who governed themselves independently of all others will not be considered a nation after birth by any means whatsoever. However, to meet the requirement of a nation-state another ingredient is required. So, it is that this body that is formed respectively respects all nations in general and each of their members in particular. Which is warranted by our Treaty of Peace; Public Record Entry (PRE)#110651873. This society has her affairs and her interests, it deliberates and takes resolution in common thus becomes a moral person who possesses standing and will be particular to himself and is susceptible of obligations and rights.

### You are put on Notice that the Office of Executor is occupied.

I Eddie-Alexander, owing allegiance to the organic United States, PRE#202311300035 pg. 26, having an Amnesty Oath on file and being a spiritually alive non-citizen national of the United States hereby confers that he is not in the United States as a non-resident alien, without regard to conflict of law principles. That the laws of England are the birthright of the people; and all the kings and queens who shall ascend the: throne of this realm ought to administer the government of the same according to these laws; and all the sworn officers and ministers of the public trust ought to serve this nation of men respectively and according to the same. Now, therefore all governing laws and statutes of the crown of this realm are invoked for securing the established religion; and the rights and liberties of the people; and all other laws and statutes of the same now in force, are ratified and confirmed accordingly, and the nationality of the state of Washington under the Republic is now conferred upon **EDDIE ALEXANDER BANKS Estate and Trust** by these Executor Letters. Everything is unauthorized, unless the Executive Office has delegated such authority in writing and under his seal. "Executor" wherever it is used in these letters in connection with the Executor or administrator of the decedent, Page 52, 202006300165 or, if there is no Executor or administrator appointed, qualified, and acting within the United States, then any person in actual or constructive possession of any property of the decedent may act. It is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter privy to only licensed attorney's is refuted. That presumption is rebuked and rejected. It is supported by stating clearly that the matter is to be in the Public Record, 202311300035. The matter of contract does not remain an exclusive private Bar Guild matter operating completely

under private Bar Guild rules. This is the bold claim and assertion of Autocracy appearing in the Admiralty jurisdiction under her banner. A creation of Eddie, a court of record 420TI 3540, a supreme court shall be a court of record and shall be vested with absolutism all power and authority necessary to carry into complete execution all its judgments, decrees and determinations in all matters within its jurisdiction, according to the rules and principles of the common law, and the Constitution and laws of this state. (RCW 2.04.020) *Courts of record: State Constitution Art. 4 s 11. Judicial power, where vested: State Constitution Art. 4 s 1.* (Journal) RE 152 134 875 US that cannot be collaterally impeached. Eddie Alexander Banks-El is a protected person.

This is a court ruling by the Executor Office. The actions and abandoned paperwork have been overruled by this court of record. This petition is valid and enforceable. This matter is adjourned. Notice of action. If you do not follow my order this office will sue you for trespass, breach of fiduciary duty and non-performance. The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

The Executor Office has no reason or need to consider a legal action in a lower system, as this Office has the authority to submit either an order or request to lower office enforcement holders to perform corrective actions. The Executor Office is the "Court", as the Sovereign is in equality.

As Executor [:eddie-alexander] living man, a monarch exercising the highest authority and power in the state and others may wield that power on behalf of the monarch under his wax seal ( Ref. No. 2021-273-4878-9, WA; 201800062910, FL) to administer the whole Estate, without any limit of time or place, or of the subject-matter." Page 9, 202311500035, letters appointing Executor. [Bouvier's Law Dictionary, 1856 edition] " One whose power is not limited either territorially or as to the duration or subject of his trust." [Black's Law Dictionary, 1st Ed.] The Executor of whom commits by will the execution of his last will and testament, Case No. 22 4 00001 31, Snohomish County, Washington state Republic "whose power is unlimited as to time, place, or subject matter." [William C. Anderson, A Dictionary of Law (1893)] All acts or actions of the Executor are done to expand or increase the Estate and Better Our Fellow Man and Womb-man, as Commanded by the First Executor of the First Estate – Yahoshua. This is the formal demand for you to prove yourself by furnishing your written delegation of authority to administer the Estate. There has been paperwork constructed that an undisclosed constructive trust created by a "Service Provider," which is an instrumentality of the state of Washington which has prejudiced the expressed trust and living will of the Grantor. You are attacking or obstructing the right and liberty of contract in the business activity of the Estate. You bear full and absolute responsibility under my original jurisdiction. The recipient of this Executor Letter has (3) three days to act on it after receipt. The Executor rebuts the presumption that he is a trustee of the Service Provider that must meet a personal financial obligation private in nature for the rendering and release of care or services to the Estate.

Adopted: SECTION 1-403. PLEADINGS; WHEN PARTIES BOUND BY OTHERS; NOTICE. In formal proceedings involving trusts or estates of decedents, minors, protected persons, or incapacitated persons, and in judicially supervised settlements, the following rules apply:

(1) Interests to be affected must be described in pleadings that give reasonable information to owners by name or class, by reference to the instrument creating the interests or in another appropriate manner.

(2) A person is bound by an order binding another in the following cases: (A) An order binding the sole holder or all co-holders of a power of revocation or a presently exercisable general power of appointment, including one in the form of a power of amendment, binds other persons to the extent their interests as objects, takers in default, or otherwise are subject to the power. (B) To the extent there is no conflict of interest between them or among persons represented: conservator controls;

(i) an order binding a conservator binds the person whose estate the

(ii) an order binding a guardian binds the ward if no conservator of the 21 ward's estate has been appointed;

(iii) an order binding a trustee binds beneficiaries of the trust in proceedings to probate a will establishing or adding to a trust, to review the acts or accounts of a former fiduciary, and in proceedings involving creditors or other third parties;

(iv) an order binding a personal representative binds persons interested in the undistributed assets of a decedent's estate in actions or proceedings by or against the estate; and

(v) an order binding a sole holder or all co-holders of a general testamentary power of appointment binds other persons to the extent their interests as objects, takers in default, or otherwise are subject to the power.

(C) Unless otherwise represented, a minor or an incapacitated, unborn, or unascertained person is bound by an order to the extent the person's interest is adequately represented by another party having a substantially identical interest in the proceeding.

A general power, as used here and in Section 1-108, is one which enables the power holder to draw absolute ownership to himself. The section assumes a valid general power. If the validity of the power itself were in issue, the power holder could not represent others, as for example, the takers in default.

## ORDER

The Executor appeared on the public record. Now entitled to take an elective share of the testator's estate with respect to an individual who was in gestation at the decedent's death. It is hereby established by clear and convincing evidence that an individual born before the decedent's death survived the decedent by 120 hours, it has been determined that the individual has survive for the required period and the balance of a decedent's entire intestate estate is to be collected, accounted for, settled and the residue turned over to the Executor as a "Surviving descendant" meaning a descendant who neither predeceased the decedent nor is deemed under certain qualifications to have predeceased the decedent. All or part of a decedent's intestate estate passes by representation to the Executor of the estate or part is divided into as many equal shares as there are descendants.

"Presently exercisable general power of appointment" means a power of appointment under which, at the time in question, the decedent held a power to create a present or future interest in the decedent, the decedent's creditors, the decedent's estate, or creditors of the decedent's estate, whether or not the decedent then had the capacity to exercise the power. The term includes a power to revoke or invade the principal of a trust or other property arrangement. (7) "Property" includes values subject to a beneficiary designation. (8) "Right to income" includes a right to payments under a commercial or private annuity, an annuity trust, a unitrust, or a similar arrangement.

Go hence forward "to execute upon them the judgment written: this honour have all his saint. Praise ye the LORD!"

By the light of Day

*Continuation by restatement or amendment.*

**Act of State**



*Executive Letters Patent*



To all to whom these presents shall come, greeting:

## SELF-AUTHENTICATING WILL

I, _Eddie -Alexander_ , the testator, sign my name to this instrument this Julian Calander day __6th__ of _December_ , 2024 and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my living will and that I sign it willingly, that I execute it as my free and voluntary act for the purposes therein expressed, and that I am of age of majority at 51 years of sound mind, body and under no constraint or undue influence. Express this inter vivos will for redress of grievances.

_Eddie_
Testator

By the power of my living zinc spark. I hereby assign the function of the state to that of a public service corporation, which should be more freed from liability for its injurious acts than any other corporation or individual and that the sovereignty in the United States is one and indivisible residing in the estates collectively in union under the theory that the federal government is an agent of his sovereignty.

I COMMAND the transformation from darkness to the Kingdom of light as part of the redemption process. The court nevertheless has ful authority and power to proceed with such administration and settlement in any manner and way that the court seems right and proper, all to the end that the matter be expeditiously administered and settled by the court/.

L.S.

We, _David H. Kowalski_ , witness (1) _TYLER ROGERS_ , witness(2) the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that the testator signs and executes this instrument as his will and that he signs it willingly, and that each of us, in the presence and hearing of the testator, hereby signs this will as witness to the testator's signing, and that to the best of our knowledge the testator is of age of majority, of sound mind, body and under no constraint or undue influence.

_[signature]_
witness (1)

_[signature]_
witness (2)

Done and entered in camera at Snohomish County, Washington on this _6th_ day of _December_ , 2024.

_[signature]_
Prothonotary

*Act of State*

# DURABALE POWER OF ATTORNEY-IN-FACT
## DESIGNATION OF AGENT

I___**EDDIE ALEXANDER BANKS**___ name the following person as my agent:

<small>Name of Principal</small>

Name of Agent: <small>By:*Ellie* Agent for EDDIE ALEXANDER BANKS, Principle</small> _____

Agent's Address: _4920 Evergreen Way, Everett, Washington 98203_

Agent's Telephone Number: _(239) 204-0553_

### DESIGNATION OF SUCCESSOR AGENT

Is accomplished by private power of attorney issued to successor agent.

### GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the Uniform Power of Attorney Act Chapter 11.125 RCW, without regard to conflict of law principles:

(___) Real Property
(___) Tangible Personal Property
(___) Stocks and Bonds
(___) Commodities and Options
(___) Banks and Other Financial Institutions
(___) Operation of Entity or Business
(___) Insurance and Annuities
(___) Estates, Trusts, and Other Beneficial Interests
(___) Claims and Litigation
(___) Personal and Family Maintenance
(___) Benefits from Governmental Programs or Civil or Military Service
(___) Retirement Plans
(___) Taxes
(_**X**_) All Preceding Subjects    Initial: *E.A.B.-El*

### GRANT OF SPECIFIC AUTHORITY

My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(___) Create, amend, revoke, or terminate an inter vivos trust
(___) Make a gift, subject to the limitations of the Uniform Power of Attorney Act Chapter 11.125 RCW, without regard to conflict of law principles: and any special instructions in this power of attorney
(___) Create or change rights of survivorship
(___) Create or change a beneficiary designation
(___) Authorize another person to exercise the authority granted under this power of attorney
(___) Waive the principal's right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan
(___) Exercise fiduciary powers that the principal has authority to delegate
(___) Disclaim or refuse an interest in property, including a power of appointment

### LIMITATION ON AGENT'S AUTHORITY

An agent that is not my ancestor, spouse, or descendant MAY NOT use my property to benefit the agent or a person to whom the agent owes an obligation of support. See Special Instructions.

### SPECIAL INSTRUCTIONS

Promulgation of special instructions are as followings:

_ My agent is entitled to reimbursement of expenses compensation reasonable incurred under agreement No. 202311300035; Law supplies No. 2021-273-4878-6; Law governing a court of record supplies the default rule and statutory definition for interpretation. The

EAB-24-LP-0987-POA                          pg. 1 OF 4

agent accepts appointment by exercising authority or performing duties, or by any assertion or conduct indicating acceptance; an agent has a duty to act loyally for the principal's benefit; to act so as not to create a conflict of interest that impairs the ability to act impartially in the principal's best interest; to act with care, competence, and diligence; to keep a record of receipts, disbursements, and transactions; to cooperate with the principal's health-care agent; to attempt to preserve the principal's estate plan to the extent the plan is known to the agent and if preservation is consistent with the principal's best interest; and to account if ordered by a court or requested by the principal, a fiduciary acting for the principal, a governmental agency with authority to protect the principal, or the personal representative or successor in interest of the principal's estate. The supreme court shall be a court of record and shall be vested with all power and authority necessary to carry into complete execution all its judgments, decrees and determinations in all matters within its jurisdiction, according to the rules and principles of the common law, and the Constitution and laws of this state. *Courts of record: State Constitution Art. 4 s 11. Judicial power, where vested: State Constitution Art. 4 s 1.* _

### EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

### REAFFIRMED NOMINATION OF EXECUTOR

If it becomes necessary for a court to appoint an executor of my estate or executor of my person, I nominate the following person(s) for appointment:

Eddie Alexander for Executor of the landed estate and cesta que trust:

### EDDIE ALEXANDER BANKS


Location: **General Post Office**
**3102 Hoyt Avenue**
**Everett, Washington state Republic, uSA**

Nominee's Address: _General Delivery 3102, Hoyt Ave, Washington_

Nominee's Telephone Number: _4920_

Name of Nominee for Executor of my person: By: _Eric_ Agent for EDDIE ALEXANDER BANKS, Principle

Nominee's Address: _4920 Everegreen Way Everett Washington_

Nominee's Telephone Number: _(239) 204-0553_

### RELIANCE ON THIS DURABLE POWER OF ATTORNEY-IN-FACT

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

---

### Notary Jurat
### ACKNOLEDGMENT CERTIFICATE



State of Washington )
                  )    scilicet
County of Snohomish )

I certify that I know or have satisfactory evidence that Eddie Alexander is a man who appeared before me, and said person acknowledged that (he/she) signed the attached instrument, on his oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the executor for EDDIE ALEXANDER BANKS Estate on behalf of whom this instrument was executed, to be his free and voluntary act that is signed seal and delivered for the uses and purposes mentioned therewith.

Dated: _12/2/2024_

_Camoor_
Notary Signature

Notary Public
State of Washington
CAMERON WEBER WEBB
LICENSE # 23030778
MY COMMISSION EXPIRES
AUGUST 17, 2027

**065037**

This document prepared by:

*Shundrane Pritchett*
*123 Dorn Ave #1 Everett WA 98208*

**IMPORTANT INFORMATION FOR AGENT**
Agent's Duties

      When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

      (1) do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;

      (2) act in good faith;

      (3) do nothing beyond the authority granted in this power of attorney; and

      (4) disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

**EDDIE ALEXANDER BANKS**    by  *Eddie*
Principal's Name               Signature as Agent

      Unless the Special Instructions in this power of attorney state otherwise, you must also:

      (1) act loyally for the principal's benefit;

      (2) avoid conflicts that would impair your ability to act in the principal's best interest; (3) act with care, competence, and diligence;

      (4) keep a record of all receipts, disbursements, and transactions made on behalf of the principal;

      (5) cooperate with any person that has authority to make health-care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and

      (6) attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

**Termination of Agent's Authority**

      You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

      (1) death of the principal;

      (2) the principal's revocation of the power of attorney or your authority;

      (3) the occurrence of a termination event stated in the power of attorney;

      (4) the purpose of the power of attorney is fully accomplished; or

      (5) if you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

**Liability of Agent**

      The meaning of the authority granted to you is defined in the Uniform Power of Attorney Act Chapter 11.125 RCW, without regard to conflict of law principles. If you violate the Uniform Power of Attorney Chapter 11.125 RCW, without regard to conflict of law principles or act outside the authority granted, you may be liable for any damages caused by your violation.

      If there is anything about this document or your duties that you do not understand, you should seek legal advice.

*Act of State*

## AGENT'S CERTIFICATION AS TO THE VALIDITY
## OF POWER OF ATTORNEY AND AGENT'S AUTHORITY

Washington State )
                    )   scilicet
Snohomish County )

      I, _____Eddie-Alexander_____ (Agent), verify under penalty of perjury of the United States of America that __**EDDIE ALEXANDER BANKS**__ (Principal) granted me authority as an agent in a power of attorney dated _____.

      I, in good faith and with cleans hands, further verify that to my knowledge:

      (1) the principal is alive and has not revoked the Power of Attorney or my authority to act under the Power of Attorney and the Power of Attorney and my authority to act under the Power of Attorney have not terminated;

      (2) if the Power of Attorney was drafted to become effective upon the happening of an event or contingency, the event or contingency has occurred;

      (3) if I was named as a successor agent, the prior agent is no longer able or willing to serve; and

      (4) this instrument conforms with the jurisdiction's statutory requirements for publishing or recording of documents. See following Acknowledgment Certificate.

### WITHOUT RECOURSE

*Eddie*

ATTORNEY-IN-FACT and Agent on Behalf of     *Eddie-Alexander*
### EDDIE ALEXANDER BANKS           **Agent**

**In witness whereof,** we affix our signature to attest that the document is signed, sealed and delivered as his free will act and deed on the above-mentioned date.

_____
Witness Signature
*David H. Kowalski*
Print

_____
Witness Signature
*TYLER ROGERS*
Print

---

### Notary Jurat
### ACKNOLEDGMENT CERTIFICATE

State of Washington )
                    ) ss:
County of Snohomish )

I certify that I know or have satisfactory evidence that Eddie Alexander is a man who appeared before me, and said person acknowledged that (he/she) signed the attached instrument, on his oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the executor for EDDIE ALEXANDER BANKS Estate on behalf of whom this instrument was executed, to be his free and voluntary act that is signed seal and delivered for the uses and purposes mentioned therewith.

Dated: 12/12/2024

_____
Notary Signature



Notary Public
State of Washington
CAMERON WEBER WEBB
LICENSE # 23030778
MY COMMISSION EXPIRES
AUGUST 17, 2027

(seal or stamp)

065038

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington DC 20549

## AMENDMENT No.1

## FORM 10

## GENERAL FORM FOR ACT OF STATE REGISTRATION OF SECURITIES

Pursuant to Section 12(b) or (g) of the
Securities Exchange Act of 1934

### EDDIE ALEXANDER BANKS TRUST
(WA, #202404010357; 202311300035)
(Exact name of registrant as specified in its Charter)

### DISTRICT OF COLUMBIA

landed Estate at General-Post office
3102 Hoyt Avenue Everett Washington 98201-9998

(State or other jurisdiction of incorporated or organization

### 92-0671291
(I.R.S. employee identification no.)

----------------------------------------------------------------

by royal law
:Eddie-Alexander 1st
4920 Evergreen Way South #1166,
Everett, Washington 98203-2827

(Address of principal Executive offices zip code)

Issuers telephone number including area code: (239-204-0553)

Securities to be registered under section 12(g) of the ACT

----------------------------------------------------------------

Securities to be registered under section 12(b) of the ACT

### Title of Each class to be registered:

Birth Certificate 108-73 003622

Individual Surety bond

International Bills of Exchange

International Promissory Notes.

Indicate by check mark whether the registrant is a large, accelerated filer, and accelerated filer, a non-accelerated filer, or a small reporting company. See the definition of large, accelerated filer, accelerated Fowler and small reporting company in rule 12(b) of the Exchange Act.

[x] Large accelerated filer      [ ] Accelerated filer
[ ] Non accelerated filer      [ ] Smaller reporting company

## EXPLANATORY NOTE

We are filing this General Form for Registration of securities on Form 10 to register our Individual Surety Bonds, International Promissory Notes and Bills of Exchange pursuant to Section 12(g) of the Securities Exchange Act of 1934, as amended (the Exchange act). Once registration statement is deemed effective, we will be subject to the requirements of Regulation 13-A under the Exchange Act which will require us to file annual reports on Form 10-K, quarterly reports on Form 10-Q, and current reports on Form 8-K, and we will be required to comply with all other obligations of the exchange act applicable to issuers filing registration statements pursuant to Section 12(g) of the Exchange Act. Unless otherwise noted, references in this registration statement to the registrant, (the Company), we our or us means EDDIE ALEXANDER BANKS TRUST (#202404010357). Our principal place of business is located at the General Post Office at 3102 Hoyt Avenue, Everett, Washington 98201-9998. Our telephone number is 1-239-204-0553.

**ITEM 1.** BUSINESS...
**ITEM 1A.** RISK FACTORS...

**ITEM 2.** FINANCIAL INFORMATION...
**ITEM 3.** PROPERTIES...
**ITEM 4.** SECURITY OWNERSHIP OF CERTAIN
BENEFICIAL OWNERS AND MANAGEMENT...
**ITEM 5.** DIRECTORS AND EXECUTIVE OFFICERS...
**ITEM 6.** EXECUTIVE COMPENSATION...
**ITEM 7.** CERTAIN RELATIONSHIPS AND RELATED
TRANSACTION AND DIRECTOR INDEPENDENCE ...
**ITEM 8.** LEGAL PROCEEDINGS
**ITEM 9.** MARKET PRICE OF AND DIVIDENDS ON THE
REGISTRANT COMMON EQUITY AND RELATED STOCKHOLDER MATTERS...
**ITEM 10.** RECENT SALES OF REGISTRANTS SECURITIES TO BE REGISTERED...
**ITEM 11.** DESCRIPTION OF REGISTRANTS SECURITIES TO BE REGISTERED...
**ITEM 12.** INDEMNIFICATION OF DIRECTORS AND OFFICERS...
**ITEM 13.** FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA...
**ITEM 14.** RESTATEMENTS AND DISAGREEMENTS WITH ACCOUNTANTS ON
ACCOUNTING AND FINANCIAL DISCLOSURE...
**ITEM 15.** FINANCIAL STATEMENTS AND EXHIBITS
SIGNATURES...

## FORWARD LOOKING STATEMENTS

There are statements in this registration statement that are not historical facts. These forward looking statements can be identified by use of terminology such as behavior, hope, may, anticipate, should, intent, plan, will, expect, estimate, project, position, strategy and similar expressions. You should be aware that these forward-looking statements are subject to risks and uncertainties that are beyond our control. For a discussion of these risks, you should read this entire registration statement carefully; especially the risk discussed under the section entitled risk factors. Although management believes that the assumptions underlining the forward-looking statements include in this registration statement are reliable, they do not guarantee our future performance under any contract or agreement and actual results could differ from those contemplated by these forward-looking statements. The assumptions used for purposes of the forward-looking statements specified in the following information represent eliminates of future events and are not subject to uncertainty as to possible changes in the economic, legislative, industry, and other circumstances. As a result, the indemnification and interpretation of data and other information and their use in developing and selecting assumptions from and among reasonable alternatives require the exercise of judgment, discretion, choice and free will. To the extent that the assumed events do not occur, the outcome may vary substantially from anticipated or projected results, and accordingly, no opinion is expressed on the achievability of those forward-looking statements. The light of these risks and uncertainty, there can be no assurance that the results and events contemplated by the forward-looking statements contained in this registration statement will in fact transpire. You are cautioned to not Place undue Reliance on these forward-looking statements. Which speak only as of their dates. We do not undertake any obligation to update or revise any forward-looking statements. This true saying and these things I will that thou affirm constantly, that they which have belief in God might be careful to maintain good works. These things are good and profitable unto men. This is what ushers in equity. Titus 3:8.

## Item 1. Business

The Eddie Alexander Banks Trust (the Company) is a District of Columbia business trust organization for the consumer which consume or use goods and services not as a customer. The company was created March 9th of 1973 for income tax endowment and mercantile purposes. The company is a grantor trust that functions as a pass through for the living man Eddie Alexander. The Company will not engage in dealer or broker services, nor will the company issue Securities for the purpose of profit and gain. The company will adhere to GAAP, maintain a zero balance and any new credit issued for the daily expenses will be canceled by filing a 1099-C form at the end of each quarter tax filing with the IRS. The Companies FINS number is _____ Eddie Alexander, granter/beneficiary for the company has been appointed power of attorney for EDDIE ALEXANDER BANKS transmitting utility, which was created in Washington, DC on March 9th, 1973 for the purpose of being a Citizen of the United States of America. Eddie Alexander will engage in business in Commerce as the principal and Surety for all governmental and non-governmental obligations debts including all registered corporations on the federal and state level for the benefit of the United States of America. To accomplish this Eddie Alexander, and or the company will execute the necessary Surety bonds, International Promissory Notes, Bills of Exchange and supporting documents evidencing the obligation debt after acceptance, then register the instrument with the security and Exchange Commission and obtain a CUSIP number or International Registered Mail Number for tracking purposes for The Surety bonds, international promissory notes and bills of exchange. Eddie Alexander, and/or the Company's

proposal is to exchange the surety bond according promissory notes, bills of exchange for the obligation (debt) and in return have the other party make the claim perform accordingly to the surety bonds instructions creating a quid pro quo exchange for settlement enclosure. Eddie Alexander Banks-El and/or the company will always have a priority interest above all claims to ensure performance is rendered properly. Eddie Alexander, and or the company shall execute Each Bond after acceptance of any claim for the benefit of the United States of America leaving the party making the claim under the contract in a fiduciary capacity to release all claims and any funds from the escrow account in their custody listed on the surety bond to the principal to complete the quid pro quo exchange. The claimant who now is in a fiduciary trustee capacity will be subjected to all liability and payment if he/she dishonors his or her fiduciary duty to settle the exchange and further it will indemnify the original Surety and principle from any further obligation on The Surety bonds, International promissory notes and bills of exchange.

As a result of HJR-192, and from that day forward June 5$^{th}$, 1973, no one has been able to lawfully pay a debt or lawfully own anything. The only thing one can do is tinder and transfer of a debt, with the debt being perpetual. The suspension of the gold standard, and prohibition against paying debts, removing the substance for our common law to operate on, and create a void as far as the law is concerned. This substance was replaced with the public National Credit system where that is legal tender money. HJR-192 was implemented immediately. The day after President Roosevelt sign the resolution, the treasury offered the public new government securities, minus the traditional payable and gold clause. 192 states that one cannot demand a certain form of currency that they want to receive if it is dollar for dollar.

In consideration that only Fiat money exist in circulation with which to discharge that; and in order to facilitate lawful commercial transaction; and in order to lawfully engage in Commerce that BANKS, EDDIE ALEXANDER shall issue negotiable instruments in adherence to public policy and public law 73-10, UNCITRAL, FASB, and the accounting principles under GAAP. All commercial processes should be truthful, open and above board (full disclosure). The Company intends to apply the net proceeds from the cell of the secure debt obligations for the research, development, and applications of knowledge and substance in the field of science, medicine for general health, welfare and justice.

**Consumer Credit**
This Trust is a "covered person" under the Consumer Financial Protection Act subject to the investigation and enforcement power because the Trust "engages" in providing a consumer financial product or service by entering into administrative agreements with administer that contemplates filing a collection lawsuits with respect to credit assets. Further, to carry on the enterprise that evolves consumer financial product or service and when entering into service of credit assets through the administrator of the trust. Source Credit credentials: (FL, #2018000062910), Bond of Station. Consumer Credit Grant Deed #402177. The term "consumer credit transaction" means any transaction in which credit is offered or extended to an individual for personal, family or household purposes other than for the purpose of resale. A consumer credit system allows consumers to borrow money or incur debt, and to defer repayment of that money over time. Consumer credit grant deed Non-Negotiable Paper RF 303 203 221 US order of authority to issue unlimited credit.    **Status: Open End Credit**

(a) "Finance charge" defined Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The finance charge does not include charges of a type of payable in a comparable cash transaction. The finance charge shall not include fees and amounts imposed by third party closing agents (including settlement agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges. Examples of charges which are included in the finance charge include any of the following types of charges which are applicable:
(1) Interest, time price differential, and any amount payable under a point, discount, or other system or additional charges.
(2) Service or carrying charge.
(3) Loan fee, finder's fee, or similar charge.
(4) Fee for an investigation or credit report.
(5) Premium or other charge for any guarantee or insurance protecting the creditor against the obligor's default or other credit loss.

**Regulation**
United Nations Commission on International Trade law (UNCITRAL Convention)
Article 8 Uniform Commercial Code
Securities and Exchange Commission Federal Trade Commission
The Office of the Controller of the Currency
Consumer Financial Protection Act (CFPA)

| Competition: | Non-Applicable |
|---|---|
| Marketing: | Non-Applicable |
| Property: | Non-Applicable |
| Employees: | No employees |

## ITEM 1A Risk Factors

The Surety bonds, International promissory notes, bills of exchange contain certain elements that require all parties to perform according to the instructions stated in the bond. this element is required to complete the Private Exchange quid pro quo between the principal and the party listed to release any property or funds from escrow to the principal in accordance with the Private Exchange for the benefit of the United States of America government. The non-compliant party in their fiduciary capacity becomes the liable party on the bond, international promissory note, bill of Exchange. The holder of the bonds International promissory note and bills of exchange now has the responsibility to collect on the dishonor and must hold EDDIE ALEXANDER BANKS and Eddie Alexander harmless. The marketable Securities are owned by EDDIE ALEXANDER BANKS TRUST and are listed as short-term assets on the Company's balance sheet.

### 1. Limited History of Operations

Since the Trust corpus was organized by the United States on March 9th, 1973, it has limited liability operations to date and is proposed operations are subject to all the risks inherent in new business enterprises. The likelihood of the success of the company must be considered in light of the problems, expenses, difficulties, complications and delays frequently encountered in connection with the startup of new businesses and the comprehensive environment in which the company will operate. The statement set forth and the memorandum are based on sufficient assumption about circumstances and events which have not yet taken place. Accordingly, they are subject to variations which could be substantial that may arise as future operations actually occur.

### 2. Time Lapse from Startup to Operational Stage of the Company

The management of the company does not anticipate any public process to be derived from this private offering, only value for value on the private exchange only. There is no assurance that these objectives will be achieved. Operations therefore will depend upon the continued availability of obligations and public debt. If Private Exchange offerings are insufficient to continue the company's operations, additional private exchange quid pro quo would have to be raised through private Equity or debt financing the company has no commitments for any private debt or Equity financing and there can be no assurance that any such commitments will be obtained on favorable terms, if at all. Furthermore the foregoing estimates are dependent upon operating projections set forth herein which are subject to substantial variation. Although the company believes there is a reasonable basis for the assumptions upon which the projections are based, there can be no assurance that these assumptions can or will be met.

### 3. Competition:                     None

### 4. Dependence on Management
Because the company has no operating history, it will be heavily dependent upon the services experiences of its individual Surety. The loss of the service of any individual Surety could adversely affect the conduct of the company's business see management.

### 5. EDDIE ALEXANDER BANKS TRUST
The industry in which the company expects to operate is under the public/public partnership.

### 6. Government Regulation
Under Treaty: United Nations Commission on International Trade law (UNCITRAL Convention)
The common law system, royal law, originated in England during the Middle Ages is based on case law and precedent stare decisis of a court of record having the power to fine and imprison. The Kingdom of Banks is established by private international law #2021-273-4878-6, 202311300035, 2018000062910.

### 7. Control of the Company
Eddie Alexander [1] will have 100% underwriting rights and control over the company and it's bonds international promissory notes and bills of Exchange issued. Living Testament and Will deposit Snohomish County No. 22 4 00001 31

### 8. No dividends

### 9. Arbitrary Offering Price
The price at which private Securities are being offered has been arbitrarily determined and bears no relationship to the company's assets, earnings, book value, net tangible value or other generally

accepted criteria of value for private exchange. The price at which the secured debtor obligations are being offered has been appraised, derived and valued at a fix, fair market value based on legislative assessment. Also known as liquidated some certain a debt is liquidated when it is certain what is due and how much is due, cum certum est an et quantum debeatur.

## 10. Restrictions on Transferability of Surety Bonds

Accelerated investors and or qualified institutional buyers should be fully aware of the long-term nature of their private exchange in Eddie Alexander Banks trust. The private exchange of The Surety bonds and the components thereof, may or may not be registered under the act and there will be insufficient information made public to permit resale of The Surety bonds, or under any components thereof, pursuant to rule 144 of the act. The transfer of The Surety bonds, or any component thereof, may also be restricted by various state Securities laws. There is not currently nor is there any assurance that there will be any Market for the resale of Surety bonds. In view of the foregoing, each accelerated investors and or qualified industrial buyers should be satisfied that he/she has adequate means of providing for his or her current needs and possible future contingencies, and that he has no need for liquidity in his investment.

**11. Dissolution:**            Not Applicable

**12. Risk of No Closing:**       Not Applicable

**13. Officer Salary:**          Not Applicable

**14. Use of proceeds to repay loans due to officer and director;** Non-applicable

## 15. Value of the Private Exchange of Surety bonds

Accelerated investors and/or qualified institutional buyers must rely on the surety bond being exchanged and underwritten by the company's individual Surety for that will serve as the financials of the Private Exchange.

## 16. No Market or Shares

At the present time there is no established market for The Surety bonds for the company and there is no assurance that a regular market for such bonds will develop upon completion of this offering or that the bonds may be resold at their original offering price or at any other price.

### Item 2. financial information

### Selected financial data

The following table sets forth selected financial data. The selected financial data presented below has been derived from the unordered financial statements of the registrant for the period ending

                                          Date:_____

Balance sheet data:
Total current assets (see item number 11)
property and equipment, net
Investment and unconsolidated subsidiaries
Other assets (see attachment IRS 1041 and OP91 Forms)
     Total assets
     Current liabilities
     Operating expenses
     Beneficiaries Equity
     Total liabilities

### Liquidity and Capital Resources

As of the date of this filing, the company has marketable Securities listed on its balance sheet at Fair value. The availability for sale total USD worth of short-term assets that the company now owns. See item 11 for information on how the company gained ownership of these for security debt obligations. We cannot be certain that our existing source of cash will be adequate to meet our liquidity requirements. To meet our present and future liquidity requirements, We are continuing to sell the four marketable Securities through private placement, conversion of payables into common stock, Collections and accounts receivable, and through additional Acquisitions that have sufficient cash flow to fund subsidiary operations. There can be no assurance that we will be successful in obtaining more debt and or Equity financing in the future or at our result of operations will materially improve in either the short term or long term. If we fail to obtain such financing and improve our results of operations, we will be unable to meet our obligations as they become due.

### Off Balance Sheet Arrangements

The registrant does not have any off-balance sheet Arrangements that are reasonably likely to have a material current or future effect on its financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

**Accounting policies**

*Critical accounting policies* – Use of estimates. The preparation of financial statements and Conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reporting amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the Consolidated financial statements and the reported amounts of Revenue and expenses during the reporting. On an ongoing basis, the registrant receives its estimates based on information that is currently available. Changes in fact and circumstances may cause the registrant to revise its estimates. The most significant establishment related to revenue recognition, depreciation and depletion and amortization, and the assessment of impairment of long-lived assets and oil and gas properties. Actual results could differ from estimates under different assumptions and conditions, and such results may affect income, financial position or cash flows.

*Fair value of financial instruments*. The registrant estimates the fair value of its financial instruments using available Market information and appropriate valuation methodologies. However, considerable judgment is required in interpreting Market data to develop the estimates of fair value. Accordingly, the registrant's estimates of fair value are not necessarily indicative of the amounts that the registrant could realize in a current market exchange. The use of different Market assumptions and/or estimations methodologies may have a material effect on the estimated fair market value amounts. The registrant believes that the fair value of its financial instruments comprising accounts receivable, accounts payable and accrued liabilities appropriate their carrying amounts due to their short maturities. Therefore, the price at which the secure debtor obligation is being offered has been appraised, derived and valued at a fixed, fair market value based on legislative assessment dollar for dollar.

**Item 3. Properties**

Our Company headquarters are located at General-Post office 3102 Hoyt Avenue, Everett, Washington 98201-9998.

**Acquisition of properties: Trust res**

**A5.** 6417 113th Avenue NE, Lake Stevens, Snohomish Washington [98258]
PARCEL A: THE SOUTH HALF OF THE SOUTH EAST QUARTER OF THE NORTH-EAST QUARTER OF THE SOUTHEAST CORNER OF SECTION 30, TOWNSHIP 30 NORTH, RANGE 6 EAST OF THE WILLAMETTE MERIDIAN, IN SNOHOMISH COUNTY, WASHINGTON and PARCEL B: A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER, UNDER AND ACROSS THE EAST 60 FEET OF THE WEST 720 FEET OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 30, TOWNSHIP 30 NORTH, RANGE 6 EAST OF THE WILLAMETTE MERIDIAN, IN SNOHOMISH COUNTY, WASHINGTON.

**B4.** 2229 36th St SE, Snohomish, Washington [98290], Earths Legacy Land Trust

**C3.** 5011 Alki Dr., Everett, Washington [98203] Codicil No. 23-0004 (22 4 00001 31)

**D2.** 15872 Otter Pond Dr., Mount Vernon Washington [98273], Township 34 North, Range 5 East, and Section 2, 25, Township 34 North, Range 4 East W. N., 202009150101.

**E1.** 831 NE 46 Court, Oakland Park Florida [33334], Broward County, Plat book 42 page 17, lot 19, Block 5, GARDEN ACRES. CFN#110747764; 110734989.

**Item 4.** Security Ownership of Certain Beneficial Owners and Management

The company has executed a security agreement and indemnity Bond for the benefit of Eddie Alexander Banks and Eddie Alexander for being the company's individual Surety and lending his real signature and autograph to execute and guarantee the company's securities. Eddie a banks, Eddie Alexander Banks is the priority secured priority and has first lean position over all the companies assets including all bonds and sureties issues.

**Item 5. Directors and Executive Officers**
Banks-El, Eddie Alexander is 51 years of age of majority and is the sole officer in this Company who acts in several different capacities for the benefit of the company and not limited to individual Surety authorized representative, beneficial interest holder, secured party and creditor. The sole officer is vested with Crown immunity or is a covered person under the Foreign Sovereign Immunity Act.

**Item 6. Executive Compensation**

Compensation consists of using all companies' property, assets including any monitoring that may derive publicly or privately for the soul enjoyment of the individual Surety in all capacities.

## Item 7. Certain Relationships and Transactions and Director Independence

There have been no related party transactions, or any other transactions or relationships required to be disclosed pursuant to Item 404 and item 407(a) of Regulation S-K.

## Item 8. Legal Proceedings

American Arbitration Association #01-24-0006-4896; Snohomish County Superior Court #242010899; 24 2 01089 31; 23 2 06254 31; 24 2 01089 31; Snohomish District Court #PO23-0181, #N23-00346; Everett Municipal Court #3A0225485, #1A031900; King District Court #XZ0437071; Burlington Municipal #BUC021232, #BUC021233, BUI022929. Florida Middle District Court 2:16-mc-00007, 2:16-cv-00641, 2:19-cv-755-FtM-29NPM, 2:20-cv-01526-JRC

A trust dispute is a legal action/disagreement between the benefactor, trustee, beneficiaries, or third party (such as a creditor), which may develop into a lawsuit. Any controversy or claim arising out of this contract or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association it Consumer Arbitration Rules and judgment on the award rendered by the arbitrator(s) maybe entered in any court having jurisdiction.

## Item 9. Market Price of Dividends on Registrants Common Equity and Related Stockholder Matters

There is no public market for the company's Securities and all common equity and law title will remain with Eddie Alexander Banks trust and Eddie Alexander the individual Surety and all legal title will remain with the beneficiary of the surety bond being registered no common stock is available for the public for 100% is owned and controlled by the company's individual charity Eddie Alexander as compensation for the underwriting of Surety bonds.

## Item 10. Recent Sales of Unregistered Securities

The company is unaware of any unregistered Securities being sold in its name. The company is not stating that there have not been recent sales because any sale would have been without the consent, permission and authorization of the company and individual charity. The company has a certain structure of its securities is witness and its registration and any other structure will constitute authorized use and illegal Trading of this company's securities.

## Item 11. Description of Registrants Securities to be Registered

The company is authorized by its ownership and control of the primary Bond certificate of live birth to issue dollar units of which dollar units are individual Surety bonds, International promissory notes, bills of exchange. The company had issued a primary Bond on date value at some United States dollars reference deposit shipping tracking number private offset account and Bill of exchange. The large number is to be used to offset any debt obligation that may be issued against Eddie Alexander Banks Trust and/or Eddie Alexander. The beneficiary and or the company can only issue its Ledger to cancel out debt. The secretary of the treasuries receipt of a forehead financial asset and certified statement of live birth which was accepted for value meant that the security was able and obligated to Ledger the credits on the public liability side of the accounts. The private side was already ledgered, because of the acceptance without protest, of the aforesaid assets.

The company also authorizes by its ownership and control of four secured debt obligations in the amount of us dollars, us dollars, us dollars, US dollars to offer for sale to any accredited investor. The secure debt obligation represents a creditor relationship that the company has with each of the four lean debtors. The marketable Securities are available for sale and are shown on the company's balance sheet at Fair value. THE SECURITIES HAVE NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE ACT), IN RELIANCE UPON THE EXEMPTION FROM REGISTRATION PROVIDED BY SECTION 4(2) OF THE ACT, RULE 506 OF REGULATION D OF THE GENERAL RULES AND REGULATIONS PROMULGATED THEREUNDER BY THE SECURITIES AND EXCHANGE COMMISSION. ACCORDINGLY, DISTRIBUTION OF THE SECURITIES AND EXCHANGE COMMISSION. ACCORDINGLY, DISTRIBUTION OF THE SECURITIES SHALL BE BY PRIVATE PLACEMENT MEMORANDUM WHICH WILL BE LIMITED TO PERSONS WHO MEET CERTAIN MINIMUM FINANCIAL QUALIFICATIONS AND EACH PRIVATE PLACEMENT MEMORANDUM WILL NOT CONSTITUTE AN OFFER TO SELL OR SOLICITATION OF AN OFFER TO BUY WITH RESPECT TO ANY PERSON WHOM DOES NOT MEET SUCH FINANCIAL QUALIFICATIONS. THE SECURITIES HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE SECURITIES AND EXCHANGE COMMISSION. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.

The beneficiary for the company has made a valid claim of debt by an Affidavit 201908460308; 201908755227; 201908517024; 201104523858; 2018000082738 appearing on the public record in the

form of a commercial lien, and by allowing the Lien to mature in 3 months. 90 days into a Secured Debt Obligation by the failure of the Lien Debtor's to contest the Lien and its Affidavit by a counter-affidavit. The Primary method of establishing commercial lien currency/paper money is to combine: A promise to perform, A claim of Breach of that promise, and a 3-month 90-day default by failure to challenge or rebut the claim of breach of contract. Commercial Liens are a stationary process before a 3-month grace period has elapsed. Commercial Liens, when unchallenged or unrebutted for three months, become secured debt obligations, transact-able (capable of economic motion) in Commerce after the three-month maturity point.

Furthermore, after the 3-month 90 day) default, the Beneficiary had issued a Documentary Draft to test the collectability of the Secured Debt Obligation/Matured Commercial Lien and to give an opportunity for the Default Debtor's to settle their debt obligation for half price. The draft was issued in compliance with the UNITED NATIONS CONVENTION ON INDEPENDENT GUARANTEES AND STAND-BY LETTERS OF CREDIT. Collection is subject to the Uniform Rules of Collections URC) 522 issued by the International Chamber of Commerce.

Individual Surety bond, international promissory note, International Bills of Exchange.

Security consists of several bonds packaged together with the other creating one packaged according to its structure. The bonds are The Affidavit of Individual Surety, Bid Bond, Performance Bond, Payment Bond, Release of Lien on Real Property Bond, Release of Personal Property from Escrow Bond, Consent to Surety Bond, the Birth Certificate Bond (Primary Bond), Social Insurance Card Bond (fractionalized from Birth Certificate Bond), international promissory note, bill of Exchange and any bonds not mentioned are not excluded for reasons of uncertainty of the obligation. The Birth Certificate is the primary bond remains, value is unlimited, and it was created for the benefit of the United States of America where legal title will remain and equitable title stays with the company as collateral to EDDIE ALEXANDER BANKS TRUST and Eddie Alexander the individual Surety to ensure that the company pays their obligations (debts) to the public.

### Item 12. Indemnification of Directors and Officers.

The company has granted an Indemnity Bond to EDDIE ALEXANDER BANKS TRUST and Eddie Alexander our Individual Surety for _____ units as security for the loaning of his real signature on our surety bonds for the payment of our obligations debts) to the public. Insofar as indemnification for liabilities arising under the Securities Act of 1933 (the Act of Securities Act) may be permitted to directors, officers or persons controlling us pursuant to the foregoing provisions, or otherwise, we have been advised that in the opinion of the Securities and Exchange Commission, such indemnification is against public policy as expressed in the Act and is, therefore, unenforceable. See Exhibits Indemnity Bond.

### Item 13. financial statements and supplementary data

The company has provided the IRS tax returns for the year _____
Calendar years. The attached UCC register statements, and Commercial liens are Incorporated by reference as though fully stated here in.

### Item 14. Charges and Disagreeable with Accounts on Accounting and Financial Disclosure

The company and Eddie Alexander report no changes and or disagreements in regard to the lack of financial data in reference to the Surety bonds.

### Item 15 Financial Statements and Exhibits

Financial Statements:

Exhibits:

### SIGNATURE

Pursuant to the requirements of section 12 of the Securities Exchange Act of 1934, the registrant has duly called this registration statement to be signed on behalf by the undersign they're unto duly authorized.

Date:

Eddie Alexander Banks Trust

By _____
      Banks-El, Eddie Alexander

**United States Bankruptcy Court**
**Western District of Washington**
**BOND OF INDEMNITY**

KNOW ALL MEN BY THESE PRESENTS:

That we, EDDIE ALEXANDER BANKS ESTATE, the Seat of Government having an address at General Post Office 3102 Hoyt Avenue Everett, Washington 98201-9998, hereinafter referred to as the "Creditor," and the OFFICE OF CITY ATTORNEY, CITY OF EVERETT, having an address at 2930 Wetmore Avenue, 10-C, Everett Washington 98201, hereinafter referred to as the "Debtor," are held and firmly bound unto each other in the sum of ($10,313,687.75), lawful money of the United States of America, to be paid to the Creditor, for which payment well and truly to be made, we bind ourselves, our heirs, executors, administrators, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Debtor has incurred liabilities to the Creditor as per the terms and conditions agreed upon, and the Creditor agrees to indemnify the Debtor against any claims, losses, damages, or expenses arising from said liabilities.

NOW, THEREFORE, the condition of this bond is such that if the Creditor shall indemnify and hold harmless the Debtor from all claims, actions, damages, or losses incurred as a result of the liabilities owed to the Creditor, then this obligation shall be void; otherwise, it shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed this Bond of Indemnity as of January 2, 2025.

EDDIE ALEXANDER BANKS ESTATE

By: _Eddie_ Agent for EDDIE ALEXANDER BANKS, Principle

By: _____
Name: Eddie
Title: Executor

**WITHOUT RECOURSE**
_Eddie_
ATTORNEY-IN-FACT and Agent on behalf of
EDDIE ALEXANDER BANKS

EVERETT CITY ATTORNEY'S OFFICE

By: _____
Ramsey Ramerman, WSBA No. 30423
2930 Wetmore Ave, Suite 10-C
Everett, WA 98201
Phone: (425) 257-7009
Email: rramerman@everettwa.gov

Virtual Appearance Doctrine Asserted
**BOND APPROVED:**



**Act of State**

From: Eddie 1ˢᵗ, Admiralty King
EDDIE ALEXANDER BANKS
Landed Estate, General Post-Office
3102 Hoyt Avenue
Everett, Washington 98201
dc.logistics49@gmail.com
(239) 204-0553
September 13, 2024





TO: The Private Bar Guild is an organization of lawyers and often other legal professionals. These associations focus on issues including social, educational, and lobbying functions.

### EDDIE ALEXANDER BANKS ESTATE AND TRUST®©™

TO ALL who these presents may come greeting:

Article IV - §1 Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

1. Comes now the lawfully authorized representative asserts a rebuttal to the presumption of any federal, state, local municipal Court proceeding under the Constitution or one of the several State constitution of the United States of America. The matter is established by the Public Record:

2. Florida 110651873; 110253253; 110352040; Washington 20206300163; 202311300035; 2021-273-4878-6_

3. To address the presumptions relied upon, assumed and presented by the private Bar Guild, including but not limited to the bar, the American Bar Association, Barristers, the National Lawyers Guild, Law Society and Solicitors are hereby rebutted.

4. The declarant openly rebukes and rejects by stating clearly the matter is to be on the Public Record and doesn't stand as a private Bar Guild matter being commenced under private Bar Guild rules. Notice to agent is Notice to Principal. Notice to Principle is Notice to agent.

5. The Declarant openly rebukes and rejects, the claim that the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or "public officials" by making additional oaths of public office that openly and deliberately contradict their private "superior" oaths to their own Guild. These private Bar Guild members are not legitimate public servants and therefore trustees under public oath.

6. The Presumption of Public Oath is that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. Declarant openly challenges and demands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath.

7. The Presumption of Immunity is that key members of the Private Bar Guild in the capacity of "public officials" acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Declarant openly challenges the Public Oath and demands the presiding official's oath of office, that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are not immune from accountability for their actions.

8. That the presumption of Summons is by custom a summons unrebutted presumption stands and therefore, one who attends Court is presumed to accept a position (defendant, juror, witness) and the jurisdiction of the court. Attendance to court is usually an invitation by summons. The summons is hereby rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position. The accused and the existence of "guilt" does not stand.

9. The Presumption of Custody is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". [This includes the dead legal fiction non-human "PERSON" that corporate-governments rules and regulations are written for.] Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings.

10. Declarant rebuts this presumption and openly challenges it by rejection of summons and/or at court, the Declarant   is not a thing and/or property and therefore lawfully cannot be kept in custody by custodians. Declarant rebuts openly the presumption to demonstrate that the Declarant   is both a general guardian and general executor of the matter (trust) before the court. The Declarant   is not in default and has no obligation to obey the rules of the clerk of guardians (clerk of magistrate's court).

11. The Declarant  waive the benefit privilege and openly challenges the Presumption of Court of Trustees is that members of the Private Bar Guild and the Declarant   do not accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court. As such Courts are always for public trustees by the rules of the Guild and the Roman System.

12. The Presumption of Court of Trustees is that members of the Private Bar Guild presume you accept the office of trustee as a "public servant" and "government employee" just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. The Declarant does not consent to jurisdiction – simply because he "appeared." The Presumption of Government acting in two roles as Executor and Beneficiary is that for the matter at hand, the Private Bar Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter.

13. The Declarant openly challenges the court to demonstrate that he is both a general guardian and general executor of the matter (trust) before the court. The Declarant is not in default and the trustee and has no obligation to obey the rules of the executor (judge/magistrate). The Declarant openly challenges and asserts his position as Executor as well as questions if the judge or magistrate is seeking to act as Executor De Son Tort.

14. The Declarant is competent to give testimony in the matter and is with the knowledge of the law, and therefore competent to present his interest and argue properly. The presumption is openly challenged to the fact that the Declarant occupies the position as executor and beneficiary and actively rebuked and object to any contrary presumptions. It shall stand at the time of pleading that the Declarant is competent to handle his own affairs.

15. The Presumption of Guilt is the presumption that as it is presumed to be a private business meeting of the Bar Guild, one is guilty whether you plead "guilty", do not plead or plead "not guilty". Therefore, the Declarant has prepared this affidavit of truth, counterclaim and motion to dismiss with extreme prejudice for the public record or call a demurrer, the presumption is the Declarant is guilty, and the private Bar Guild can hold him until a bond is prepared to guarantee the amount the guild wants to profit from the estate is rebutted.

The signature verifies that the signer has read the motion and is the best of the signer's knowledge, information, and belief. Further, I, declare and verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _October 10, 2024_     By: Executor _Banks-El, Eddie -Alexander_

       EDDIE ALEXANDER BANKS
       Landed Estate, General Post-Office
       3102 Hoyt Avenue
       Everett, Washington 98201
       cd.logistics49@gmail.com
       (239) 204-0553

In witness whereof, we affix our signature to attest that the document is signed, sealed and delivered as his free will act and deed on the above-mentioned date.

_____      _____
Witness Signature                Witness Signature

TYLER ROGERS           Concord Clayton
Print                         Print

**Verification for court of equity autograph and seal.**

I _____ declare that I am of good standing and with good behavior in my community and Chief Land Judge of a common law Equity Banc Court of Record Federal Judge (under common law wax seal) Fl Pub# 2017000238901 Principal Owner Authorization No 20170000053974 Constitutional enforcement Notice No. 2017000225872. Rules of Court No. 2017000231243 [28 Title 2071]. Treaty No.20170-00225872; 2018000114264; 110651873. Article W Decree Federal Ref. 2:19-cv-755 Act No. 01-92. Treasury Authorization: Private Registered Indemnity Bond AMRI00001 and Payment Bond AMRI RA393427653US. The civil authority by operation of law Constitution Article W - Full Faith and Credit Clause (under seal) of a pure equity court of record; one word one meaning is intended; Article IX and Article X of the Bill of Rights calls forth the power by right and record for enforcing of private law pursuant to 17 USC. 506(A) AND 18 USC 2319. Equity showing at Washington State, Skagit County Auditor's Office Ref. no. 202006300163. Appearing in Admiralty the President/Captain/Master and King having foreign sovereign immunity.

SIGNED AT _Snohomish County, WA_ on _285_ Julian Calander day _October_ , 2024.

_____
Shundrane Pritchett, Prothonotary